**Richard Croak**, Attorney at Law

314 Great Oaks Boulevard
Albany, NY 12203
518.690.4410
518.690.4435 FAX

September 9, 2010

Hon. Robert E. Littlefield, Jr.
Chief Bankruptcy Judge
United States Bankruptcy Court
Foley Courthouse 445 Broadway
Albany, NY 12207

Re: Barbara Bouchey Case #10-12207

Dear Judge Littlefield

    I am writing as required regarding your seal order of June 17, 2010. The matter that has arisen involves the filing of two complaints. The first complaint is with the Certified Financial Planners Board and the Second with, I believe, the National Association of Security Dealers. Both complaints were filed by the Bronfman sisters both allege misconduct in the handling of their financial matters by Ms. Bouchey. Both complaints set forth the very material that the two sisters asked you to keep confidential and both complaints were made to public agencies that I believe make the material available to any member of the public requesting the complaints.

    To defend herself it will be necessary for Ms. Bouchey to disclose the records of the Bronfman's financial transactions that she possesses. Accordingly, I seek authority to do so. I also request your permission to move to unseal all records now that the Bronfman's have disclosed the material involved.

Thank you.

/s/ Richard Croak
Richard Croak
Attorney at Law

cc: Damon Morley LLP