Dated: September 21, 2010

Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**RECEIVED & FILED**

SEP 21 2010

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re: Barbara J. Bouchey
        Debtor

Case No. 10-12207
Chapter 11

ORDER SHORTENING TIME FOR HEARING ON
COMBINED HEARING ON DISCLOSURE AND PLAN

Upon the motion of the Debtor made before this court by Richard Croak, attorney for the Debtor
and the motion and documents attached thereto it is

Ordered that the interested parties appear before this court at the United States Court
House at 445 Broadway, Albany, New York, at 10:30 a.m. on September 29, 2010 or as
soon thereafter as the parties may be heard as to why an order should not be given setting a
combined hearing on disclosure and plan and such other and further relief as is just and proper.

Ordered that service by ~~personal delivery or express~~ facsimile upon Attorneys Savino and Bivona and the U.S. Trustee and by mail on all creditors ~~and the United States Trustee~~ by 21st day of September , 2010 by 5:00 P.M. be deemed good and adequate
service on all parties.

\*\*\*\*\*