REV 10/2004

# UNITED STATES BANKRUPTCY COURT

Northern District of New York

In re: __Barbara J. Bouchey__        )    Case No.: _____10-12207_____
                                     )
        _____Individual_____     )    Judge: _____Littlefield_____
                                     )
Debtor(s)                            )    Chapter 11


MONTHLY OPERATING REPORT FOR MONTH ENDING ___August 31, 2010___ , _____.


__Barbara J. Bouchey,__ Debtor-In-Possession, submits its Monthly Operating Report for the period commencing __July 31, 2010__ and ending __August 30, 2010__ as shown by the report and exhibits consisting of __22__ pages and containing the following, as indicated:

  __X__ Status of Insurance and Post petition Payments (Attachment 1)

  __X__ Reconciliation of Cash and Detailed Listing of Receipts (Attachment 2)

  __X__ Detailed Listing of Disbursements (Attachment 3)

  __X__ Schedule of Post petition Liabilities (Attachment 4)

  __X__ Summary of Accounts Receivable (Attachment 5)


    I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge and belief.

Date: __September 28, 2010__        DEBTOR(S)-IN-POSSESSION

                                    By: __/S/Barbara J. Bouchey__
                                           (name of signer)

                                        __/S/__ _____
                                                 (name of signer)

                                    Title: ____Individual____

                                    Address: __16 Silo Drive__

                                             __Waterford, NY  12188__

                                    Telephone Number: __518-424-8333__

                                    Fax Number: __518-583-0454__

                                    Email Address: __bb@barbarabouchey.com__

REV 10/2004

ATTACHMENT 1

## CHAPTER 11
## MONTHLY OPERATING REPORT
## STATUS OF INSURANCE AND PAYMENTS TO PROFESSIONALS

CASE NAME:  Barbara J. Bouchey

CASE NUMBER: 10-12207

MONTH OF: August 31, 2010

1. <u>Insurance:</u>  Is coverage in effect for all tangible assets?  <u>Yes</u>   Are payments current? <u>Yes</u>   If any policy has lapsed, been replaced or renewed, state so in the schedule below.  Attach a copy of the new policy's binder or cover page.

| Type | Name of Carrier | Coverage Amount | Policy # | Expiration Date | Premium Amounts | Date Pd. Thru |
|------|-----------------|-----------------|----------|-----------------|-----------------|---------------|
| Homeowners | | | | | | |
| Rental property | | | | | | |
| Liability | | | | | | |
| Vehicle | | | | | | |
| Other (specify): | | | | | | |

2. <u>Postpetition Payments:</u>  List any postpetition payments to professionals and payments on prepetition debts in the schedule below (attach separate sheet if necessary).

| Payments To/On | Amount | Date | Check # | Order Date |
|----------------|--------|------|---------|------------|
| Professionals (attorneys, accountants, etc.): | | | | |
| | | | | |
| | | | | |
| Prepetition debts: | | | | |
| | | | | |
| | | | | |
| | | | | |

REV 10/2004

ATTACHMENT 2

## CHAPTER 11
### MONTHLY OPERATING REPORT
### RECONCILIATION OF CASH AND DETAILED LISTING OF RECEIPTS

CASE NAME:  Barbara J. Bouchey

CASE NUMBER: 10-12207

MONTH OF: August 31, 2010

BANK NAME: _____Keybank_____ ACCOUNT #:_325900027997_____

Beginning cash balance (as of filing date for first report, or ending balance from previous report)      261.93
____

Add:  All receipts for month (must agree to total of listing provided below)                          9,361.32

Deduct:  All disbursements for month (must agree to total shown on Attachment 3)                      8,227.10

Ending cash balance                                                                                  1,395.15

Detail of Receipts:

| Date | Received From | Explanation | Amount |
|------|---------------|-------------|--------|
| SEE ATTACHED QUICKBOOKS REGISTER | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Receipts          **9,361.32**_____

2:09 PM
09/28/10

# Barbara J. Bouchey
## Deposit Detail
### July 31 through August 31, 2010

| Type | Date | Name | Account | Amount |
|------|------|------|---------|--------|
| Deposit | 8/2/2010 | | 1000 · KeyBank 7997 BB | 411.06 |
| Deposit | 8/2/2010 | KeyBank | 1010 · Overdraft | -411.06 |
| TOTAL | | | | -411.06 |
| Deposit | 8/3/2010 | | 1000 · KeyBank 7997 BB | 379.70 |
| Deposit | 8/3/2010 | KeyBank | 1010 · Overdraft | -379.70 |
| TOTAL | | | | -379.70 |
| Deposit | 8/5/2010 | | 1000 · KeyBank 7997 BB | 1,500.00 |
| Deposit | 8/5/2010 | Bouchey & Associates | 4015.05 · Bouchey & Assoc - 1099 | -1,500.00 |
| TOTAL | | | | -1,500.00 |
| Deposit | 8/13/2010 | | 1000 · KeyBank 7997 BB | 3,666.30 |
| Deposit | 8/13/2010 | Paychex | 4000 · BJBAM - Barbara Payroll | -3,666.30 |
| TOTAL | | | | -3,666.30 |
| Deposit | 8/17/2010 | | 1000 · KeyBank 7997 BB | 926.48 |
| Deposit | 8/17/2010 | Barbara Bouchey Asset Management | 7040 · Reimbursement Income | -926.48 |
| TOTAL | | | | -926.48 |
| Deposit | 8/18/2010 | | 1000 · KeyBank 7997 BB | 2,477.16 |
| Deposit | 8/18/2010 | Barbara Bouchey Asset Management | 7040 · Reimbursement Income | -2,477.16 |
| TOTAL | | | | -2,477.16 |

REV 10/2004

ATTACHMENT 3

## CHAPTER 11
## MONTHLY OPERATING REPORT
## DETAILED LISTING OF DISBURSEMENTS

CASE NAME:  Barbara J. Bouchey

CASE NUMBER: 10-12207

MONTH OF: August 31, 2010

Detail of Disbursements:

| Date | Check # | Paid To/In Payment Of | Amount |
|------|---------|----------------------|--------|
| | | SEE ATTACHED QUICKBOOKS REGISTER | |

REV 10/2004                      Total Disbursements                   **8,227.10**

2:06 PM

09/28/10

Accrual Basis

# Barbara J. Bouchey
## Expenses by Vendor Detail
### July 31 through August 31, 2010

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **B&B Plumbing** | | | | | | |
| Check | 8/17/2010 | 2719 | VOID: | 6300 · Repairs & Maint | X | 0.00 |
| **Total B&B Plumbing** | | | | | | 0.00 |
| **Barnes & Noble** | | | | | | |
| Check | 8/19/2010 | | books | 8100.70 · Personal Expense -Miscellane... | | 21.59 |
| **Total Barnes & Noble** | | | | | | 21.59 |
| **billies chowder** | | | | | | |
| Check | 8/31/2010 | | meals & ent | 8020.70 · Meals & Entertainment | | 128.66 |
| **Total billies chowder** | | | | | | 128.66 |
| **Amtrak** | | | | | | |
| Check | 8/9/2010 | | office expense | 8020.35 · Transportation | | 106.00 |
| Check | 8/10/2010 | | office expense | 8020.35 · Transportation | | 37.00 |
| Check | 8/12/2010 | | office expense | 8020.35 · Transportation | | 74.00 |
| **Total Amtrak** | | | | | | 217.00 |
| **ATM Withdrawal** | | | | | | |
| Check | 8/2/2010 | | ATM KEY 1703 ROUTE 9 C... | 8100.75 · Miscellaneous-Cash Withdraw... | | 402.50 |
| Check | 8/9/2010 | | ATM KEY 1703 ROUTE 9 C... | 8100.75 · Miscellaneous-Cash Withdraw... | | 203.00 |
| Check | 8/9/2010 | | ATM KEY 1703 ROUTE 9 C... | 8100.75 · Miscellaneous-Cash Withdraw... | | 143.00 |
| Check | 8/9/2010 | | ATM KEY 1703 ROUTE 9 C... | 8100.75 · Miscellaneous-Cash Withdraw... | | 101.95 |
| Check | 8/9/2010 | | ATM KEY 1703 ROUTE 9 C... | 8100.75 · Miscellaneous-Cash Withdraw... | | 83.00 |
| Check | 8/11/2010 | | ATM KEY 1703 ROUTE 9 C... | 8100.75 · Miscellaneous-Cash Withdraw... | | 202.00 |
| Check | 8/11/2010 | | ATM KEY 1703 ROUTE 9 C... | 8100.75 · Miscellaneous-Cash Withdraw... | | 202.00 |
| Check | 8/17/2010 | | ATM KEY 1703 ROUTE 9 C... | 8100.75 · Miscellaneous-Cash Withdraw... | | 400.00 |
| Check | 8/25/2010 | | ATM KEY 1703 ROUTE 9 C... | 8100.75 · Miscellaneous-Cash Withdraw... | | 202.00 |
| **Total ATM Withdrawal** | | | | | | 1,939.45 |
| **Barbara Bouchey Asset Management** | | | | | | |
| Deposit | 8/17/2010 | | reimb bus.exp. from BJBAM | 7040 · Reimbursement Income | | -926.48 |
| Deposit | 8/18/2010 | | reimb bus.exp. from BJBAM | 7040 · Reimbursement Income | | -2,477.16 |
| **Total Barbara Bouchey Asset Management** | | | | | | -3,403.64 |
| **Bouchey & Associates** | | | | | | |
| Deposit | 8/5/2010 | | 1099 Income Bouchey & As... | 4015.05 · Bouchey & Assoc - 1099 | | -1,500.00 |
| **Total Bouchey & Associates** | | | | | | -1,500.00 |
| **Center for Security** | | | | | | |
| Check | 8/27/2010 | | office expense | 8020.30 · Office expenses | | 10.00 |
| **Total Center for Security** | | | | | | 10.00 |
| **Cingular Way Alpheretta** | | | | | | |
| Check | 8/16/2010 | | office expense | 8020.30 · Office expenses | | 192.38 |
| **Total Cingular Way Alpheretta** | | | | | | 192.38 |
| **CNY Healing** | | | | | | 192.38 |

2:06 PM
09/28/10
Accrual Basis

# Barbara J. Bouchey
## Expenses by Vendor Detail
### July 31 through August 31, 2010

| Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **Copy Cat** | | | | | | |
| Check | 8/26/2010 | | office expense | 8020.30 · Office expenses | | 3.79 |
| Total Copy Cat | | | | | | 3.79 |
| **Donna Bird** | | | | | | |
| Check | 8/13/2010 | 1124 | therapy | 8010.20 · Health/Medical | | 305.00 |
| Total Donna Bird | | | | | | 305.00 |
| **Dr. Steven Messing** | | | | | | |
| Check | 8/17/2010 | 2734 | medical | 8010.20 · Health/Medical | | 125.00 |
| Total Dr. Steven Messing | | | | | | 125.00 |
| **Dr.Stephen Dautel** | | | | | | |
| Check | 8/17/2010 | 2733 | medical | 8010.20 · Health/Medical | | 125.00 |
| Total Dr.Stephen Dautel | | | | | | 125.00 |
| **equinox** | | | | | | |
| Check | 8/9/2010 | | health fitness | 8100.20 · Clothing | | 111.00 |
| Total equinox | | | | | | 111.00 |
| **Exit 9 Wine & Liquor** | | | | | | |
| Check | 8/30/2010 | | groceries | 8100.45 · Groceries | | 69.43 |
| Total Exit 9 Wine & Liquor | | | | | | 69.43 |
| **fandango theater** | | | | | | |
| Check | 8/16/2010 | | movies | 8020.70 · Meals & Entertainment | | 11.75 |
| Total fandango theater | | | | | | 11.75 |
| **Fresh Market Grocery** | | | | | | |
| Check | 8/27/2010 | | groceries | 8100.45 · Groceries | | 93.79 |
| Total Fresh Market Grocery | | | | | | 93.79 |
| **Getty** | | | | | | |
| Check | 8/19/2010 | | gas | 8020.10 · Auto Expense | | 59.18 |
| Check | 8/30/2010 | | gas | 8020.10 · Auto Expense | | 50.00 |
| Total Getty | | | | | | 109.18 |
| **Gulf** | | | | | | |
| Check | 8/30/2010 | | gas | 8020.10 · Auto Expense | | 27.49 |
| Total Gulf | | | | | | 27.49 |
| **HALFMOON CLEANERS** | | | | | | |
| Check | 8/25/2010 | | dry cleaners | 8100.30 · Dry Cleaners | | 13.00 |
| Total HALFMOON CLEANERS | | | | | | 13.00 |

| Type | Date | Num | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|---|
| **CNY Healing** | | | | | | |
| Check | 8/3/2010 | | health fitness | 8010.20 · Health/Medical | | 420.00 |
| Total CNY Healing | | | | | | 420.00 |

2:06 PM
09/28/10
Accrual Basis

# Barbara J. Bouchey
## Expenses by Vendor Detail
### July 31 through August 31, 2010

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **KeyBank** | | | | | | |
| Check | 8/3/2010 | | bank charge | 6120 · Bank Charge | | 34.00 |
| Check | 8/3/2010 | | bank charge | 6120 · Bank Charge | | 34.00 |
| Check | 8/4/2010 | | bank charge | 6120 · Bank Charge | | 38.50 |
| Check | 8/4/2010 | | bank charge | 6120 · Bank Charge | | 38.50 |
| Check | 8/12/2010 | | bank charge | 6120 · Bank Charge | | 38.50 |
| Total KeyBank | | | | | | 183.50 |
| **Knox Woods Homeowner's Assoc.** | | | | | | |
| Check | 8/17/2010 | 2730 | HOA dues-6 Washington La... | 6160.10 · Homeowner Assn. Dues | | 90.00 |
| Total Knox Woods Homeowner's Assoc. | | | | | | 90.00 |
| **marion restuar** | | | | | | |
| Check | 8/5/2010 | | Meals & Ent | 8020.70 · Meals & Entertainment | | 63.50 |
| Total marion restuar | | | | | | 63.50 |
| **merrill clinic chiropractor** | | | | | | |
| Check | 8/31/2010 | | medical | 8010.20 · Health/Medical | | 195.00 |
| Total merrill clinic chiropractor | | | | | | 195.00 |
| **Moorfileds Green Grocer** | | | | | | |
| Check | 8/26/2010 | | groceries | 8100.45 · Groceries | | 22.35 |
| Total Moorfileds Green Grocer | | | | | | 22.35 |
| **NYC Department of Finance** | | | | | | |
| Check | 8/17/2010 | 2732 | Parking Ticket | 8020.90 · Vehicle Expenses | | 65.00 |
| Total NYC Department of Finance | | | | | | 65.00 |
| **Overlimit fee** | | | | | | |
| Check | 8/3/2010 | | bank charge | 6120 · Bank Charge | | 34.00 |
| Check | 8/3/2010 | | bank charge | 6120 · Bank Charge | | 34.00 |
| Check | 8/4/2010 | | bank charge | 6120 · Bank Charge | | 77.00 |
| Check | 8/12/2010 | | bank charge | 6120 · Bank Charge | | 38.50 |
| Total Overlimit fee | | | | | | 183.50 |
| **Pacer Court Docs** | | | | | | |
| Check | 8/2/2010 | | bankruptcy fee | 8020.95 · Legal | | 25.00 |
| Total Pacer Court Docs | | | | | | 25.00 |
| **Panchos Mexican Restaurant** | | | | | | |
| Check | 8/30/2010 | | groceries | 8100.45 · Groceries | | 13.36 |
| Total Panchos Mexican Restaurant | | | | | | 13.36 |
| **Parking Violations Bureau** | | | | | | |
| Check | 8/1/2010 | 2735 | Parking Ticket | 8020.90 · Vehicle Expenses | | 40.00 |
| Total Parking Violations Bureau | | | | | | 40.00 |
| **Paychex** | | | | | | |

2:06 PM
09/28/10
Accrual Basis

# Barbara J. Bouchey
## Expenses by Vendor Detail
### July 31 through August 31, 2010

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| Deposit | 8/13/2010 | | Barbara Paycheck from BJ... | 4000 · BJBAM - Barbara Payroll | | -3,666.30 |
| Total Paychex | | | | | | -3,666.30 |
| **Petuskes Produce** | | | | | | |
| Check | 8/16/2010 | | groceries | 8100.45 · Groceries | | 8.25 |
| Total Petuskes Produce | | | | | | 8.25 |
| **PJ Changs** | | | | | | |
| Check | 8/16/2010 | | meals & ent | 8020.70 · Meals & Entertainment | | 28.38 |
| Total PJ Changs | | | | | | 28.38 |
| **Price Chopper** | | | | | | |
| Check | 8/2/2010 | | groceries | 8100.45 · Groceries | | 49.71 |
| Check | 8/16/2010 | | groceries | 8100.45 · Groceries | | 188.67 |
| Check | 8/23/2010 | | groceries | 8100.45 · Groceries | | 74.94 |
| Total Price Chopper | | | | | | 313.32 |
| **Red Robin** | | | | | | |
| Check | 8/23/2010 | | office expense | 8020.70 · Meals & Entertainment | | 44.56 |
| Total Red Robin | | | | | | 44.56 |
| **Rensselaer Pet & Bir** | | | | | | |
| Check | 8/16/2010 | | pet food | 8100.75 · Miscellaneous-Cash Withdraw... | | 74.67 |
| Total Rensselaer Pet & Bir | | | | | | 74.67 |
| **Ruby Tuesday** | | | | | | |
| Check | 8/30/2010 | | meals & ent | 8020.70 · Meals & Entertainment | | 27.46 |
| Total Ruby Tuesday | | | | | | 27.46 |
| **Salk Ave - Financial Profiles Softw** | | | | | | |
| Check | 8/17/2010 | | office expense | 8020.30 · Office expenses | | 509.15 |
| Total Salk Ave - Financial Profiles Softw | | | | | | 509.15 |
| **saratoga sundress** | | | | | | |
| Check | 8/30/2010 | | clothing | 8100.20 · Clothing | | 57.68 |
| Total saratoga sundress | | | | | | 57.68 |
| **Spectrum Theatre** | | | | | | |
| Check | 8/16/2010 | | movies | 8100.70 · Personal Expense -Miscellane... | | 18.00 |
| Total Spectrum Theatre | | | | | | 18.00 |
| **STEWARTS** | | | | | | |
| Check | 8/3/2010 | | gas | 8020.90 · Vehicle Expenses | | 21.41 |
| Check | 8/16/2010 | | gas | 8020.90 · Vehicle Expenses | | 35.36 |
| Check | 8/25/2010 | | gas | 8100.45 · Groceries | | 20.01 |
| Check | 8/27/2010 | | gas | 8100.45 · Groceries | | 25.00 |
| Total STEWARTS | | | | | | 101.78 |

2:06 PM
09/28/10
Accrual Basis

# Barbara J. Bouchey
## Expenses by Vendor Detail
### July 31 through August 31, 2010

| Type | Date | Num | Memo | Account | Clr | Amount |
|------|------|-----|------|---------|-----|--------|
| **Target** | | | | | | |
| Check | 8/27/2010 | | beauty & hair | 8100.10 · Beauty and Hair | | 27.47 |
| **Total Target** | | | | | | 27.47 |
| **Time Warner Cable-16 Silo** | | | | | | |
| Check | 8/13/2010 | | cable | 6390.10 · Cable | | 107.14 |
| Check | 8/13/2010 | | cable | 6390.10 · Cable | | 107.14 |
| **Total Time Warner Cable-16 Silo** | | | | | | 214.28 |
| **Valerie Hair Studio** | | | | | | |
| Check | 8/26/2010 | | beauty & hair | 8100.10 · Beauty and Hair | | 219.00 |
| **Total Valerie Hair Studio** | | | | | | 219.00 |
| **Walmart** | | | | | | |
| Check | 8/2/2010 | | Groceries | 8100.45 · Groceries | | 194.78 |
| **Total Walmart** | | | | | | 194.78 |
| **wells super gas** | | | | | | |
| Check | 8/30/2010 | | gas | 8020.10 · Auto Expense | | 36.70 |
| **Total wells super gas** | | | | | | 36.70 |
| **will nails** | | | | | | |
| Check | 8/30/2010 | | beauty & hair | 8100.10 · Beauty and Hair | | 35.00 |
| **Total will nails** | | | | | | 35.00 |
| **Wine & Bar Bistro albany** | | | | | | |
| Check | 8/16/2010 | | meals & ent | 8020.70 · Meals & Entertainment | | 36.78 |
| **Total Wine & Bar Bistro albany** | | | | | | 36.78 |
| **Yoga with Amber** | | | | | | |
| Check | 8/17/2010 | 2731 | health fitness | 8010.20 · Health/Medical | | 120.00 |
| **Total Yoga with Amber** | | | | | | 120.00 |
| **TOTAL** | | | | | | -1,697.96 |

CASE NAME:  Barbara J. Bouchey

CASE NUMBER:  ___ 10-12207 ___

DATE OF FILING:  _____ /\ _____

# SUMMARY OF ACCOUNTS RECEIVABLE

MONTH ENDED:  _____ August 31, 2010 _____

ATTACHMENT 4

REV 10/2004

| | TOTAL | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|
| MONTH: | | | | | |
| Allowance for doubtful accounts | ( ) | ( ) | ( ) | ( ) | ( ) |
| MONTH: | | | | | |
| Allowance for doubtful accounts | ( ) | ( ) | ( ) | ( ) | ( ) |
| MONTH: | | | | | |
| Allowance for doubtful accounts | ( ) | ( ) | ( ) | ( ) | ( ) |
| MONTH: | | | | | |
| Allowance for doubtful accounts | ( ) | ( ) | ( ) | ( ) | ( ) |
| MONTH: | | | | | |
| Allowance for doubtful accounts | ( ) | ( ) | ( ) | ( ) | ( ) |
| MONTH: | | | | | |
| Allowance for doubtful accounts | ( ) | ( ) | ( ) | ( ) | ( ) |
| MONTH: | | | | | |
| Allowance for doubtful accounts | ( ) | ( ) | ( ) | ( ) | ( ) |

# SCHEDULE OF POST PETITION LIABILITIES

CASE NAME: ___Barbara J. Bouchey___

CASE NUMBER: ___10-12207___

MONTH ENDED: ___August 31, 2010___

ATTACHMENT 5
REV 10/2004

| | DATE INCURRED | DATE DUE | TOTAL DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| TAXES PAYABLE | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA | | | | | | | |
| Unemployment Tax | | | | | | | |
| Sales Tax | | | | | | | |
| Personal Property Tax | | | | | | | |
| TOTAL TAXES PAYABLE | | | | | | | |
| POSTPETITION SECURED DEBT | | | | | | | |
| POSTPETITION UNSECURED DEBT | | | | | | | |
| ACCRUED INTEREST PAYABLE | | | | | | | |
| TRADE ACCOUNTS PAYABLE & OTHER: (list separately)* | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | | | | | | | |

Attach separate page if necessary.



**Key Private Bank Statement**

August 31, 2010

P.O. Box 93885
Cleveland, OH 44101-5885

00     K 559 0 EM
BARBARA J BOUCHEY
16 SILO DR
WATERFORD NY 12188-1248

## Consolidated Account Snapshot

| | Value on 7/31 | Value on 8/31 | Change in value |
|---|---|---|---|
| Checking & Savings | $260.93 | $1,395.15 | $1,134.22 |
| Investments & Trust | 0.00 | 0.00 | 0.00 |
| Retirement | 0.00 | 0.00 | 0.00 |
| **Total Assets** | **$260.93** | **$1,395.15** | **$1,134.22** |
| **Total Loans & Credit Balance** | **$29,209.24** | **$29,761.76** | **$552.52** |

See Summary of Accounts on page 2 for more information.

## How To Contact Us

**CALL TOLL FREE**
Key Private Bank
1-877-634-2968

**VIEW YOUR ACCOUNT ONLINE**
www.key.com

27133-3290-3259000027997-11-3-











# ☘ Summary of Accounts

**Key Private Bank**
*Statement*
August 1 - August 31, 2010

## Asset Accounts

| Checking and Savings | Account number | Last statement value | Total Account Value on 8/31 | Income this period | Income year-to-date | Details on page |
|---|---|---|---|---|---|---|
| Sweep Checking Account | 325900027997 | $260.93 | $1,395.15 | $0.62 | $7.33 | 4 |
| **TOTAL ASSETS** | | **$260.93** | **$1,395.15** | **$0.62** | **$7.33** | |

## Loans and Credit

| | Balance owed on prior statement | Balance owed on 8/31 | Available credit | Interest paid this period* | Escrow paid this period | Interest paid year-to-date | Details on page |
|---|---|---|---|---|---|---|---|
| Cash Reserve Credit | $29,209.24 | $29,761.76 | $238.24 | $0.00 | | $988.76 | 9 |

## Current News

**Important information regarding your Account.**

Based on a recent FDIC regulation, banks are now required to provide a disclosure to certain sweep customers of the status of their funds invested in the sweep investment in the event of a bank failure. Please be aware that the funds in your account that are swept to and invested in a money market mutual fund are not deposits, and to the extent the funds reside in the money market mutual fund, you will receive payment for the value of your assets in the money market mutual fund in the event of a bank failure. In addition, to the extent the funds are swept to and reside in a deposit account, the funds are deposits and insured up to the maximum applicable insurance limit.

**Please read and retain this information with all of your Account Agreements and Disclosures.**





**Key Private Bank**
**Statement**
August 1 - August 31, 2010

## Summary of Accounts

## Current News *(continued)*

**Important Notice of Change to your Funds Availability Policy**

As a result of the Federal Reserve Banks' reduction in the number of locations at which they process checks, effective February 26, 2010, the KeyBank National Association Funds Availability Policy was revised. As of that date, the Reserve Banks transferred the check-processing operations of the head office of the Federal Reserve Bank of Atlanta to the head office of the Federal Reserve Bank of Cleveland. Now there is only a single check-processing region and there are no longer any checks that are nonlocal. Because there are no longer any nonlocal checks, the introductory paragraph and sections 5 and 8 of the Funds Availability Policy you received at the time you opened your Account(s) are amended to remove any references to nonlocal checks. In addition, the routing number chart found in Section 5 was removed as it is no longer applicable.

**Please retain this important information for your records.** A complete copy of the revised Funds Availability Policy is available at any KeyBank branch.

**Enhance your Mobile Banking experience** with Text Messaging. It's a fast and convenient way to stay in charge of your money. Send a text and your account balance or transaction history is sent to your phone. It's that simple. Visit key.com/mobile or call 866-798-4109 for details.



27133-3290-3259000027997-11-3-

# Sweep Checking Account

**Key Private Bank
Statement**
BARBARA J BOUCHEY
Account number: 3259000027997
August 1 - August 31, 2010

## Account Summary

**Account No.** 3259000027997

Account offered by KEYBANK NATIONAL
ASSOCIATION

Account held by
BARBARA, J BOUCHEY

| | |
|---|---|
| **Balance on 7/31** | $260.93 |
| Deposits and other additions | 9,361.32 |
| Checks paid | 2,075.12 |
| Debit card/ATM withdrawals | 5,421.24 |
| Other withdrawals | 730.74 |
| **Balance on 8/31** | $1,395.15 |
| Number of days this period | 31 |

Please see the end of this statement for important legal information about this account.

## How To Contact Us

**Please send inquiries to:**
P.O. Box 93885
Cleveland, OH 44101-5885, or

**Call Key Private Bank at:**
1-877-634-2968

## Account Update

Your account 3259000027997 had a check returned for non-sufficient funds this period. Enjoy the peace of mind that overdraft protection offers by calling Key Private Bank at 1-877-634-2968 for more information on all of Key Bank's overdraft protection services.

## Sweep Investments Summary

| FDIC Insured Deposits Description | Market value on 7/31 | Market value on 8/31 | Interest this period | Interest this year | Allocation sweeps in (%) | Annual % yield earned |
|---|---|---|---|---|---|---|
| Sweep Checking Account | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0.00 |
| Investment Account (FDIC) | 260.93 | 1,395.15 | 0.62 | 7.33 | 100 | 0.35 |
| **Total FDIC Insured deposits** | **$260.93** | **$1,395.15** | **$0.62** | **$7.33** | | |
| **Total Account** | **$260.93** | **$1,395.15** | **$0.62** | **$7.33** | **100%** | |



# Key Private Bank
## Statement
BARBARA J BOUCHEY
Account number: 325900027997
August 1 - August 31, 2010

# Activity Detail

## Deposits and Other Additions

| Date | Description | Amount |
|---|---|---|
| 8/2 | | $411.06 |
| 8/3 | | 379.70 |
| 8/5 | AUTOMATIC ADVANCE FROM CASH RESERVE | 1,500.00 |
| 8/13 | AUTOMATIC ADVANCE FROM CASH RESERVE | 3,666.30 |
| 8/17 | INTERNAL WIRE DP BOUCHEY AND ASSO 5652 | 926.48 |
| 8/17 | DIRECT DEPOSIT BARBARA J BOUCHEPAYROLL | |
| 8/18 | DEPOSIT BRANCH 0559 NEW YORK | 2,477.16 |
| 8/18 | DEPOSIT BRANCH 0559 NEW YORK | 0.62 |
| 8/31 | INTEREST PAYMENT | |

**Total Deposits and Other Additions** | | **$9,361.32**

## Checks Paid

| Number | Date written | Date paid | Expense Category | Payee | Amount |
|---|---|---|---|---|---|
| 1124 | 7/26 | 8/13 | | DONNA BIRD | $305.00 |
| 2716* | 7/8 | 8/31 | | ENTERPRISE | 126.40 |
| 2722* | 8/1 | 8/10 | | E STUDIO | 155.00 |
| 2723 | 7/8 | 8/20 | | NATIONAL GRID | 140.30 |
| 2724 | 8/25 | 8/24 | | PAYEE UNKNOWN | 325.00 |
| 2725 | 7/8 | 8/24 | | TRU GREEN | 66.88 |
| 2726 | 7/8 | 8/18 | | CATS EYE PEST CONTROL | 79.18 |
| 2727 | 7/8 | 8/20 | | ERIE & NIAGARA INSUR ASSN | 159.00 |
| 2728 | 7/8 | 8/20 | | NATIONAL GRID | 95.76 |
| 2729 | 7/8 | 8/19 | | COUNTY WASTE | 57.60 |
| 2730 | 8/17 | 8/20 | | KNOX WOODS HOMEOWNER'S ASSOC | 90.00 |
| 2731 | 8/17 | 8/18 | | PAYEE UNKNOWN | 120.00 |
| 2732 | 8/17 | 8/24 | | NYC DEPT OF FINANCE | 65.00 |
| 2733 | 8/17 | 8/24 | | DR STEPHEN DAUTEL | 125.00 |
| 2734 | 8/25 | 8/25 | | DR STEVEN MESSING | 125.00 |
| 2735 | 8/18 | 8/20 | | PARKING VIOLATIONS BUREAU | 40.00 |

**Total Checks Paid** | | | | | **$2,075.12**

\*Break in check number sequence.



**Key Private Bank**
**Statement**
BARBARA J BOUCHEY
Account number: 325900027997
August 1 - August 31, 2010

# Activity Detail (continued)

## Stop Payments

| Check number/range | Date | Issued | Expires | Amount |
|---|---|---|---|---|
| 0-9999999999 | 6/20/10 | 5/28/10 | 11/28/10 | $333.32 |
| 0-9999999999 | 5/1/10 | 4/29/10 | 10/29/10 | 1,039.15 |
| 0-9999999999 | 5/1/10 | 4/29/10 | 10/29/10 | 1,349.46 |

## Debit Card/ATM Withdrawals

| Date | Description | Amount |
|---|---|---|
| 8/2 | ATM    NYC 34 WOLF ROAD    ALBANY    NY | $402.50 |
| 8/2 | POS    MAC Wal-Mart Super    HALFMOON    NY | 194.76 |
| 8/2 | PACER800-676-6856RQPS    800-676-6856 TX | 25.00 |
| 8/2 | POS    MAC PRICE CHOPPER    CLIFTON PK NY | 49.71 |
| 8/3 | CNY HEALING ARTS - QPS    ALBANY    NY | 420.00 |
| 8/3 | STEWART'S SHOP 385 QAE    WATERFORD    NY | 21.41 |
| 8/5 | POS    MAC MARION AVE MO    SARATOGA    NY | 63.50 |
| 8/9 | ATM    MAC 1860 BROADWAY    NEW YORK    NY | 203.00 |
| 8/9 | ATM    MAC 2411 BROADWAY    NEW YORK    NY | 143.00 |
| 8/9 | AMTRAK .COM    08008727245 DC | 106.00 |
| 8/9 | ATM    MAC 1698 2ND AVENUE    NEW YORK    NY | 101.95 |
| 8/9 | ATM    MAC 1860 BROADWAY    NEW YORK    NY | 83.00 |
| 8/10 | SHOP @ EQUINOX #103    NEW YORK    NY | 111.00 |
| 8/11 | AMTRAK TELEPHONE SALE    08008727245 DC | 37.00 |
| 8/11 | ATM    MAC PENN-STATION    NEW YORK    NY | 202.00 |
| 8/11 | ATM    MAC 1350 BROADWAY AVE    NEW YORK    NY | 202.00 |
| 8/12 | AMTRAK .COM    08008727245 DC | 74.00 |
| 8/16 | PF CHANGS #9815    ALBANY    NY | 74.00 |
| 8/16 | POS    MAC 12525 CINGULAR WAY    ALPHARETTA GA | 28.38 |
| 8/16 | POS    MAC PRICE CHOPPER    CLIFTON PK NY | 192.38 |
| 8/16 | RENSSEL AER BIRD CENTER    RENSSELAER    NY | 188.67 |
| 8/16 | WINE BAR & BISTRO    ALBANY    NY | 74.67 |
| 8/16 | SPECTRUM 8 THEATER QPC    ALBANY    NY | 36.78 |
| 8/16 | FANDANGO.COM    FANDANGO.COM CA | 18.00 |
| 8/17 | ATM    KEY 1703 ROUTE 9    CLIFTON PA NY | 11.75 |
| 8/17 | ATM    KEY 1703 ROUTE 9    CLIFTON PA NY | 400.00 |
| 8/17 | STEWART'S SHOP 385 QAE    WATERFORD    NY | 35.36 |
| 8/17 | PETUSKES PRODUCE    WATERFORD    NY | 8.25 |
| 8/19 | NAVIPLAN/PROFILE    888692334474 CA | 509.15 |
| 8/19 | GETTY 587232001    MALTA    NY | 59.18 |

## Key Private Bank
### Statement

BARBARA J BOUCHEY
Account number: 325900027997
August 1 - August 31, 2010

# Activity Detail (continued)

## Debit Card/ATM Withdrawals

| Date | Description | Amount |
|---|---|---|
| 8/19 | POS    MAC Barnes and Nob    Albany    NY | 21.59 |
| 8/23 | RED ROBIN #318    HALFMOON    NY | 44.56 |
| 8/23 | POS    MAC PRICE CHOPPER    CLIFTON PK NY | 74.94 |
| 8/25 | ATM    MAC 125 HOOSICK ST    TROY    NY | 202.00 |
| 8/25 | STEWART'S SHOP 365 QAE    WATERFORD    NY | 20.01 |
| 8/26 | HALFMOON CLEANERS QAE    CLIFTON PARK NY | 13.00 |
| 8/26 | VALERIE HAIR STUDIO    LATHAM    NY | 219.00 |
| 8/26 | MOORFIELDS GREEN GROPS    CLIFTON PARK NY | 22.35 |
| 8/26 | COPY CAT INC    QPS    CLIFTON PARK NY | 3.79 |
| 8/26 | POS    MAC THE FRESH MARK    LATHAM    NY | 95.79 |
| 8/26 | POS    MAC TARGET T1477 C    CLIFTON PA NY | 27.47 |
| 8/27 | STEWART'S SHOP 365 QAE    WATERFORD    NY | 25.00 |
| 8/27 | CENTER FOR SECURITY    CLIFTON PARK NY | 10.54 |
| 8/30 | EXIT 9 WINE & LIQUOR W    CLIFTON PARK NY | 69.43 |
| 8/30 | SARATOGA SUNDRESS    SARATOGA SPRNY | 57.66 |
| 8/30 | RUBY TUESDAY #4971 QPS    CLIFTON PARK NY | 27.46 |
| 8/30 | PANCHOS MEXICAN RESQPS    CLIFTON PARK NY | 13.36 |
| 8/30 | GETTY 58722001    LATHAM    NY | 50.00 |
| 8/30 | POS    MAC WELLS SUPER FO    WELLS    ME | 36.70 |
| 8/30 | WILL NAILS    CLIFTON PARK NY | 35.00 |
| 8/30 | GULF MART 5010    LEE    MA | 27.49 |
| 8/31 | MERRILL CLINIC    WELLS    ME | 195.00 |
| 8/31 | BILLY'S CHOWDER HO    WELLS    ME | 128.66 |

| Total Debit Card/ATM Withdrawals | $5,421.24 |
|---|---|

## Other Withdrawals

| Date | Description | Charge | Amount |
|---|---|---|---|
| 8/3 | RETURNED ITEM CHARGE | | $34.00 |
| 8/3 | OVERDRAFT ITEM CHARGE | | 34.00 |
| 8/4 | SUMMARY - TIER 2 OVERDRAFT ITEM CHARGE | | 77.00 |
| 8/12 | TIER 2 OVERDRAFT ITEM CHARGE | | 38.50 |
| 8/13 | DIRECT WITHDRAWAL    TIME WARNER    CABLE BILL | | 107.15 |
| 8/25 | AUTOMATIC PAYMENT TO CASH RESERVE CREDIT | | 440.09 |

| Total Other Withdrawals | $730.74 |
|---|---|

27133-3290-3259000027997-11-3-



## Key Private Bank
### Statement

BARBARA J BOUCHEY
Account number: 325900027997
August 1 - August 31, 2010

# Activity Detail (continued)

## Aggregate Overdraft and Returned Item Fees

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $149.50 | $149.50 |
| Total Returned Item Fees | $34.00 | $34.00 |

## Sweep Activity

| Description | Amount |
|---|---|
| Total sweeps into Investment Account (FDIC) | $7,018.13 |
| Total sweeps out of Investment Account (FDIC) | $5,864.53 |

Sweep activity reflects purchases and sales of funds made to cover activity in your Sweep Checking Account. They are shown here as a confirmation of activity. These transactions are not needed to balance your checkbook.

27133-3290-3259D0027997-11-3-





# Key Private Bank
## Statement
BARBARA J BOUCHEY
Account number: 325900027997
August 1 - August 31, 2010

## How To Contact Us
Questions? Call Key Private Bank at 1-800-336-4750

Please send Billing Inquiries and Disputed Balance communications
to:
KEYBANK, P.O. BOX 93885,
CLEVELAND, OH 44101-4750

## Payment Information
**\*New Balance** $29,761.76
Minimum Payment Due $448.09
Payment Due Date 9/27/10
Automatic payment of $448.09 from Account 325900027997 will be
made on 9/27/10.

# ✛ Cash Reserve Credit

## Summary of Account Activity
| | |
|---|---|
| **\*Previous Balance** | $29,209.24 |
| Payments | $440.09 |
| Other Credits | $0.00 |
| Advances and Other Debits | $790.76 |
| Fees Charged | $0.00 |
| Fee Adjustments | $0.00 |
| Interest Charged | $201.85 |
| Interest Adjustments | $0.00 |
| **\*New Balance** | $29,761.76 |
| Balance used to compute interest | $29,709.23 |
| Credit Limit | $30,000.00 |
| Available Credit | $238.24 |
| Past Due Amount | $0.00 |
| Statement Closing Date | 8/31/10 |
| Days in billing cycle | 31 |

\*Previous Balance and New Balance: A Previous Balance and/or a New Balance with a minus sign
(-) before it indicates a credit balance.

## Transactions
| Post Date | Effective Date | Description of Transaction or Credit | Amount |
|---|---|---|---|
| **Payments** | | | |
| 8/25 | 8/25 | AUTOMATIC PAYMENT TO CASH RESERVE CREDIT | -$440.09 |
| | | **Total Payments** | **-$440.09** |
| **Other Credits** | | | |
| | | **Total Other Credits** | **$0.00** |

27133-3290-325900027997-11-3-



See following page for additional account details.



**Key Private Bank**
**Statement**
BARBARA J BOUCHEY
Account number: 325900027997
August 1 - August 31, 2010

# Cash Reserve Credit (Con't)

## Transactions (continued)

| Post Date | Effective Date | Description of Transaction or Credit | Amount |
|---|---|---|---|
| **Advances and Other Debits** | | | |
| 8/2 | 8/2 | AUTOMATIC CASH RESERVE CREDIT ADVANCE | $411.06 |
| 8/3 | 8/3 | AUTOMATIC CASH RESERVE CREDIT ADVANCE | $379.70 |
| | | **Total Advances and Other Debits** | **$790.76** |
| **FEES** | | | |
| | | **Total FEES for this Period** | **$0.00** |
| **Fee Adjustments** | | | |
| | | **Total Fee Adjustments for this Period** | **$0.00** |
| **INTEREST** | | | |
| 8/31 | 8/31 | INTEREST CHARGE | $201.85 |
| | | **Total INTEREST for this Period** | **$201.85** |
| **Interest Adjustments** | | | |
| | | **Total Interest Adjustments for this Period** | **$0.00** |

## 2010 Year-to-Date Totals

| | |
|---|---|
| Total Fees Charged in 2010 | $0.00 |
| Total Interest Charged in 2010 | $988.76 |

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate (APR) | *Balance Subject to Interest rate | Interest Charge |
|---|---|---|---|
| Purchase/Cash Advances | 8.00000 (v) | $29,709.23 | $201.85 |
| (v) = Variable Rate | | *Average Daily Balance | |

See following page for additional account details.

27133-3290-3259OO027997-11-3-