UNITED STATES BANKRUPTCY COURT
_Northern_ DISTRICT OF _New York_

In re _Barbara J. Bouchey_                Case No. _10-12207_
        **Debtor**                         Reporting Period: _7/1/10 TO 7/31/10_

                                           Social Security # _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_
                                           (last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
_(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)_

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | ✓ | |
| Copies of bank statements | | ✓ | |
| Disbursement Journal | MOR-2 (INDV) | ✓ | |
| Balance Sheet | MOR-3 (INDV) | ✓ | |
| Copies of tax returns filed during reporting period | | N/a | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | ✓ | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | ✓ | |
| Debtor Questionnaire | MOR-6 (INDV) | ✓ | |

I declare under penalty of perjury _(28 U.S.C. Section 1746)_ that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _Barbara Bouchey_                Date _12/6/10_

Signature of Joint Debtor _____            Date _____

In re _Barbara J. Bouchey_     Case No. _10 -12207_
Debtor     Reporting Period: _7/1/10 TO 7/31/10_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending
cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was
filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes
the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must
be attached for each account. [See  MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 2,309.15 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| **Total Receipts** | 3,240.65 | 5,549.80 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | 6,168.48 | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | - | |
| U. S. Trustee Fees | 325.00 | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | 325.00 | |
| **Total Disbursements** *(Ordinary + Reorganization)* | 6,493.48 | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | -3,252.83 | |
| **Cash - End of Month**  *(Must equal reconciled bank statement)* | 260.93 | |

Barbara J. Bouchey Asset Mgmt. Inc.  Corporate Reimburse to

Barbara J. Bouchey Personal Creditor Payment Plan:

July:     $1700

# Barbara J. Bouchey
# Profit & Loss
### July 2010

|  | Jul 10 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **IRS Tax Refund** | 1,758.13 |
| **Unclaimed Funds** | 1,363.73 |
| **4010 · Interest Earned** | 0.48 |
| **4015 · 1099 Income** | |
| **4015.30 · Metlife** | 118.31 |
| **Total 4015 · 1099 Income** | 118.31 |
| | |
| **Total Income** | 3,240.65 |
| | |
| **Expense** | |
| **US Bankrupty Qtr Fee** | 325.00 |
| **6120 · Bank Charge** | 41.47 |
| **6300 · Primary Home Repairs & Maint** | |
| **6300.13 · Landscaping** | 66.88 |
| **6300.14 · Refuse Removal** | 86.40 |
| **Total 6300 · Primary Home Repairs & Maint** | 153.28 |
| | |
| **6310.00 · 6 Wash. Ln. - Income Prop** | |
| **Water** | 30.15 |
| **6310.10 · Repairs & Maintenance** | 158.36 |
| **6310.50 · Homeowner's Assoc Fee** | 75.00 |
| **Total 6310.00 · 6 Wash. Ln. - Income Prop** | 263.51 |
| | |
| **6320.00 · 116 Pepper - Income Prop** | |
| **Utilities** | 140.71 |
| **Water** | 50.08 |
| **6320.10 · 116 Pepperbush - Repairs & Main** | 7.00 |
| **6320.30 · Landlord Insurance** | 233.50 |
| **Total 6320.00 · 116 Pepper - Income Prop** | 431.29 |
| | |
| **6390 · Utilities** | |
| **6390.10 · Cable** | 107.14 |
| **6390.40 · Water/Sewer** | 83.75 |
| **6390.50 · National Grid** | 140.30 |
| **Total 6390 · Utilities** | 331.19 |
| | |
| **Total Expense** | 1,545.74 |
| | |
| **Other Income/Expense** | |
| **Other Expense** | |
| **8000 · Business Expenses** | |
| **Amtrak** | 53.00 |
| **8020.10 · Fuel** | 270.94 |

3:20 AM
12/10/10
Cash Basis

**Barbara J. Bouchey**
## Profit & Loss
### July 2010

| | Jul 10 |
|---|---|
| **8020.25 · Postage** | 17.60 |
| **8020.30 · Office expenses** | 190.96 |
| **8020.70 · Meals & Entertainment** | 135.56 |
| **8020.75 · Travel** | 126.40 |
| **8020.90 · Vehicle Expenses** | 241.83 |
| **Total 8000 · Business Expenses** | 1,036.29 |
| | |
| **8010 · Other Expense** | |
| **8010.20 · Health/Medical** | 681.00 |
| **Total 8010 · Other Expense** | 681.00 |
| | |
| **8100 · Personal Expenses** | |
| **8100.10 · Beauty and Hair** | 199.70 |
| **8100.45 · Groceries** | 1,007.99 |
| **8100.60 · Pet & Related** | 74.28 |
| **8100.75 · Miscellaneous-Cash Withdrawals** | 1,511.65 |
| **Total 8100 · Personal Expenses** | 2,793.62 |
| | |
| **Total Other Expense** | 4,510.91 |

4

In re _Barbara J. Bouchey_
**Debtor**

Case No. _10-12207_

Reporting Period: _7/1/10 to 7/31/10_

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # |
| **BALANCE PER BOOKS** | 1466.05 | | | |
| **BANK BALANCE** | 2670.93 | | | |
| **(+) DEPOSITS IN TRANSIT** *(ATTACH LIST)* | 0 | | | |
| **(-) OUTSTANDING CHECKS** *(ATTACH LIST)* : | 1205.12 | | | |
| **OTHER** *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE** * | 1466.05 | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck.# | Amount | Ck.# | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**  See Attached Bank Reconciliations Statements

In re _Barbara J. Bouchey_          Case No. _18-12207_
**Debtor**                          Reporting Period: _7/1/10 to 7/31/10_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

5

In re _Barbara J. Louchey_    Case No. _10-12201_
**Debtor**    Reporting Period: _7/1/10 TO 7/31/10_

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 7/2 | ATM | | 202 |
| 7/2 | | | 202 |
| 7/9 | | | 303 |
| 7/16 | | | 403 |
| 7/26 | ↓ | | 402 |
| | Breckridson | | |
| | Gashin - 300 | | |
| | Hotel, 300 | | |
| meals | Entertnt 500 | | |
| | Massage 250 | | |
| | Chiro 100 | | |
| | Gifts 161 | | |
| | **Total Cash Disbursements** | | 1511.65 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **Total Bank Account Disbursements** | | | |

| | |
|--|--|
| **Total Disbursements for the Month** | |

6

In re _Barbara J. Bouchey_

**Debtor**

Case No. _10-12207_

Reporting Period: _7/1/10 to 7/31/10_

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | 650,000 | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | 335,000 | |
| *TOTAL REAL PROPERTY ASSETS* | 985,000 | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | 516,444 | |
| *TOTAL PERSONAL PROPERTY* | 516,444 | |
| *TOTAL ASSETS* | 1,501,444 | |

FORM MOR-3 (INDV)
2/2008
PAGE 1 OF 2

In re _Barbara J. Bouchey_    Case No. _10-12207_
Debtor    Reporting Period: _7/1/10 to 7/31/10_

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | 0 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 985,579 | |
| Priority Debt | 10,000 | |
| Unsecured Debt | 1,516,500 | |
| TOTAL PRE-PETITION LIABILITIES | 2,512,079 | |
| TOTAL LIABILITIES | 2,512,079 | |

In re Barbara J Buckley
**Debtor**

Case No. 10-12289
Reporting Period: 7/1/10 to 7/31/10

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage Ballston Spa | 546 | | | | X | 22960 |
| Rent | 0 | | | | | |
| Secured Debt/Adequate Protection Payments | 432 | | | | | |
| Professional Fees | 0 | | | | | |
| Other Post-Petition debt (list creditor) | | | | | | |
| Income Prop #1 | 340 | | | X | | 4020 |
| Income Prop #2 | 986 | | X | | | 986 |
| Extreme Prop #2 | 333 | | X | | | 666 |
| Auto Mobile | 678 | | X | | | 1957 |
| Total Post-petition Debts | 9809 | | | | | 7638 |

Banks:
PHH Mort.
Wells
Charter
Saratoga

Explain how and when the Debtor intends to pay any past due post-petition debts.

Ballston Spa - Primary Home - Selling - Any loss will be costed as Payment Plans
Prop #1 - Sold - Short Sale Approved - Waiting to Close
Prop #2 - Sold - Short Sale Approved - Waiting to close
Auto - Readjusting/Restructure of loan (at loan 6ee period - will Pay off Fin...)

9

**In re** Barbara J Bouchay

**Debtor**

**Case No.** 10-12201

**Reporting Period:** 7/1/10 to 7/31/10

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Rollston CPA | 8240 | 0 | |
| PHH Mortgage | 1840 | 0 | |
| Wells Fargo | 986 | 0 | |
| Chartee One | 333 | 0 | |
| Saratoga Natl | 975 | 0 | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | 0 | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Primary Homeowners | Travelers | 10/2011 | 122 mo |
| Rental Prop #1 Ho | Erie + Niag | 5/2011 | 75 mo |
| Rental Prop #2 Ho | Dryden | 2/2011 | 75 mo |
| Auto Insurance | Allstate | 5/2011 | 85 mo. |
| | | | |
| | | | |
| | | Total | 433 |

10

In re _Barbara J. Bouchey_            Case No. _10-12207_

**Debtor**                             Reporting Period: _7/1/10 to 7/31/10_

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | ✓ |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | ✓ |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | ✓ |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | ✓ |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 6 Are any post petition State or Federal income taxes past due? | | ✓ |
| 7 Are any post petition real estate taxes past due? | | ✓ |
| 8 Are any other post petition taxes past due? | | ✓ |
| 9 Have any pre-petition taxes been paid during this reporting period?  $420 - to NYS | ✓ | ✗ |
| 10 Are any amounts owed to post petition creditors delinquent? | ✓ | |
| 11 Have any post petition loans been received by the Debtor from any party? | | ✓ |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | ✓ |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | ✓ |

## Barbara J. Bouchey
### Journal
### July 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 5851 | Deposit | 7/22/2010 | | | Deposit | 1000 · KeyBank 79... | 118.31 | |
| | | | | Metlife | Deposit | 4015.30 · Metlife | | 118.31 |
| 5853 | Deposit | 7/21/2010 | | | Deposit | 1000 · KeyBank 79... | 1,363.73 | |
| | | | | New York State De... | unclaimed fu... | 1000 · Unclaimed Funds | | 1,363.73 |
| 5854 | Deposit | 7/15/2010 | | | Deposit | 1000 · KeyBank 79... | 1,758.13 | |
| | | | | Internal Revenue S... | Deposit | IRS Tax Refund | | 1,758.13 |
| 5858 | Check | 7/8/2010 | 2710 | Knox Woods Home... | Acct 6WL July | 1000 · KeyBank 79... | | 1,758.13 |
| | | | | Knox Woods Home... | HOA dues-6 ... | 6310.50 · Homeown... | 75.00 | |
| 5859 | Check | 7/8/2010 | 2711 | National Grid_ 116 ... | | 1000 · KeyBank 79... | | 75.00 |
| | | | | National Grid_ 116 ... | Utilities | | 44.95 | |
| 5860 | Check | 7/8/2010 | 2712 | County Waste-16 SI... | trash svc | 1000 · KeyBank 79... | | 44.95 |
| | | | | County Waste-16 SI... | May Service | 6300.14 · Refuse R... | 28.80 | |
| 5861 | Check | 7/8/2010 | 2713 | Erie & Niagara Insu... | | 1000 · KeyBank 79... | | 28.80 |
| | | | | Erie & Niagara Insu... | landlord polic... | 6320.30 · Landlord l... | 74.50 | |
| 5862 | Check | 7/8/2010 | 2714 | Town of Halfmoon_... | 116 Pepperb... | 1000 · KeyBank 79... | | 74.50 |
| | | | | Town of Halfmoon_... | Acct 28-5202... | 6390.40 · Water/Se... | 30.15 | |
| 5863 | Check | 7/8/2010 | 2715 | Town Of Halfmoon_... | Acct 28-5202... | 1000 · KeyBank 79... | | 30.15 |
| | | | | Town Of Halfmoon_... | Acct 28-5202... | 6310.10 · Repairs &... | 83.75 | |
| 5864 | Check | 7/8/2010 | 2716 | Cat's Eye Pest Cont... | Inv. 140051 | 1000 · KeyBank 79... | | 83.75 |
| | | | | Cat's Eye Pest Cont... | | 8020.30 · Office exp... | 79.18 | |
| 5865 | Check | 7/8/2010 | 2717 | Clifton Park Self St... | | 1000 · KeyBank 79... | | 79.18 |
| | | | | Clifton Park Self St... | | 8020.75 · Travel | 175.00 | |
| 5866 | Check | 7/8/2010 | 2718 | Enterprise Rentacar | | 1000 · KeyBank 79... | | 175.00 |
| | | | | Enterprise Rentacar | | 8020.75 · Travel | 126.40 | 126.40 |

# Barbara J. Bouchey
## Journal
### July 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 5868 | Check | 7/8/2010 | 2720 | Parking Violations ... | Ticket# 0710... | 1000 · KeyBank 79... | 105.00 | 105.00 |
| | | | | Parking Violations ... | Ticket# 0710... | 8020.90 · Vehicle E... | 105.00 | 105.00 |
| 5869 | Check | 7/8/2010 | 2721 | Saratoga Water Ser... | 116 Pepperb... | 1000 · KeyBank 79... | 50.08 | 50.08 |
| | | | | Saratoga Water Ser... | 116 Pepperb... | Water | 50.08 | 50.08 |
| 5870 | Check | 7/8/2010 | 2722 | EStudio-Yoga | | 1000 · KeyBank 79... | 155.00 | 155.00 |
| | | | | EStudio-Yoga | | 8010.20 · Health/M... | 155.00 | 155.00 |
| 5871 | Check | 7/8/2010 | 2723 | National Grid_16 Slio | | 1000 · KeyBank 79... | 140.30 | 140.30 |
| | | | | National Grid_16 Slio | | 6390.50 · National... | 140.30 | 140.30 |
| 5872 | Check | 7/8/2010 | 2724 | U.S. Trustee | 15283-94015 | 1000 · KeyBank 79... | 325.00 | 325.00 |
| | | | | U.S. Trustee | 15283-94015 | US Bankrupty Qtr F... | 325.00 | 325.00 |
| 5873 | Check | 7/8/2010 | 2725 | TruGreen | fertilizing 16... | 1000 · KeyBank 79... | 66.88 | 66.88 |
| | | | | TruGreen | inv 188967 | 6300.13 · Landscap... | 66.88 | 66.88 |
| 5874 | Check | 7/8/2010 | 2726 | Cat's Eye Pest Cont. | Inv. 140051 | 1000 · KeyBank 79... | 79.18 | 79.18 |
| | | | | Cat's Eye Pest Cont. | | 6310.10 · Repairs &... | 79.18 | 79.18 |
| 5875 | Check | 7/8/2010 | 2727 | Erie & Niagara Insu... | landlord polic... | 1000 · KeyBank 79... | 159.00 | 159.00 |
| | | | | Erie & Niagara Insu... | 116 Pepperb... | 6320.30 · Landlord I... | 159.00 | 159.00 |
| 5876 | Check | 7/8/2010 | 2728 | National Grid_116 ... | | 1000 · KeyBank 79... | 95.76 | 95.76 |
| | | | | National Grid_116 ... | | Utilities | 95.76 | 95.76 |
| 5877 | Check | 7/8/2010 | 2729 | County Waste-16 Si... | May Service | 1000 · KeyBank 79... | 57.60 | 57.60 |
| | | | | County Waste-16 Si... | trash svc | 6300.14 · Refuse R... | 57.60 | 57.60 |
| 5910 | Check | 7/2/2010 | | ATM Withdrawal | ATM KEY 17... | 1000 · KeyBank 79... | 201.95 | 201.95 |
| | | | | ATM Withdrawal | ATM KEY 17... | 8100.75 · Miscellan... | 201.95 | 201.95 |
| 5911 | Check | 7/2/2010 | | ATM Withdrawal | ATM KEY 17... | 1000 · KeyBank 79... | 201.95 | 201.95 |
| | | | | ATM Withdrawal | ATM KEY 17... | 8100.75 · Miscellan... | 201.95 | 201.95 |

# Barbara J. Bouchey
## Journal
### July 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 5912 | Check | 7/6/2010 | atm | Walmart<br>Walmart | | 1000 · KeyBank 79…<br>8100.45 · Groceries | 209.52 | 209.52<br>209.52 |
| 5913 | Check | 7/6/2010 | atm | Petsmart<br>Petsmart | | 1000 · KeyBank 79…<br>8100.60 · Pet & Rel… | 7.54 | 7.54<br>7.54 |
| 5914 | Check | 7/7/2010 | atm | Banfield<br>Banfield | | 1000 · KeyBank 79…<br>8100.45 · Groceries | 39.37 | 39.37<br>39.37 |
| 5915 | Check | 7/7/2010 | atm | STEWARTS<br>STEWARTS | gas<br>gas | 1000 · KeyBank 79…<br>8020.10 · Fuel | 21.07 | 21.07<br>21.07 |
| 5916 | Check | 7/7/2010 | atm | Fred the Butcher<br>Fred the Butcher | | 1000 · KeyBank 79…<br>8100.45 · Groceries | 5.49 | 5.49<br>5.49 |
| 5917 | Check | 7/8/2010 | atm | Macy's<br>Macy's | | 1000 · KeyBank 79…<br>8100.10 · Beauty an… | 149.70 | 149.70<br>149.70 |
| 5918 | Check | 7/8/2010 | atm | STEWARTS<br>STEWARTS | gas<br>gas | 1000 · KeyBank 79…<br>8020.10 · Fuel | 23.11 | 23.11<br>23.11 |
| 5919 | Check | 7/8/2010 | atm | KeyBank<br>KeyBank | check supply<br>check supply | 1000 · KeyBank 79…<br>6120 · Bank Charge | 41.47 | 41.47<br>41.47 |
| 5920 | Check | 7/9/2010 | | ATM Withdrawal<br>ATM Withdrawal | ATM KEY 17…<br>ATM KEY 17… | 1000 · KeyBank 79…<br>8100.75 · Miscellan… | 303.00 | 303.00<br>303.00 |
| 5921 | Check | 7/9/2010 | atm | Moorfileds Green G…<br>Moorfileds Green G… | Debit BB<br>Debit BB | 1000 · KeyBank 79…<br>8100.45 · Groceries | 46.66 | 46.66<br>46.66 |
| 5922 | Check | 7/9/2010 | atm | Savemore Beverag…<br>Savemore Beverag… | | 1000 · KeyBank 79…<br>8100.45 · Groceries | 10.67 | 10.67<br>10.67 |
| 5923 | Check | 7/12/2010 | atm | redeye grill ny<br>redeye grill ny | | 1000 · KeyBank 79…<br>8020.70 · Meals &… | 62.08 | 62.08<br>62.08 |

# Barbara J. Bouchey
## Journal
### July 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 5924 | Check | 7/12/2010 | atm | Amtrak<br>Amtrak | | 1000 · KeyBank 79...<br>Amtrak | 53.00 | 53.00<br>53.00 |
| 5925 | Check | 7/13/2010 | | Fred the Butcher<br>Fred the Butcher | | 1000 · KeyBank 79...<br>8100.45 · Groceries | 6.65 | 6.65<br>6.65 |
| 5926 | Check | 7/13/2010 | | STEWARTS<br>STEWARTS | gas<br>gas | 1000 · KeyBank 79...<br>8020.10 · Fuel | 22.87 | 22.87<br>22.87 |
| 5927 | Check | 7/13/2010 | | POS MAC USPS<br>POS MAC USPS | reimbursement<br>reimbursement | 1000 · KeyBank 79...<br>8020.25 · Postage | 17.60 | 17.60<br>17.60 |
| 5928 | Check | 7/13/2010 | | Moorfieds Green G....<br>Moorfieds Green G.... | Debit BB<br>Debit BB | 1000 · KeyBank 79...<br>8100.45 · Groceries | 27.62 | 27.62<br>27.62 |
| 5929 | Check | 7/13/2010 | | Wood Floor Store<br>Wood Floor Store | | 1000 · KeyBank 79...<br>8100.45 · Groceries | 19.44 | 19.44<br>19.44 |
| 5930 | Check | 7/14/2010 | | Price Chopper<br>Price Chopper | | 1000 · KeyBank 79...<br>8100.45 · Groceries | 168.24 | 168.24<br>168.24 |
| 5931 | Check | 7/14/2010 | | STEWARTS<br>STEWARTS | gas<br>gas | 1000 · KeyBank 79...<br>8020.10 · Fuel | 15.00 | 15.00<br>15.00 |
| 5932 | Check | 7/14/2010 | | Time Warner Cable...<br>Time Warner Cable... | july<br>july | 1000 · KeyBank 79...<br>6390.10 · Cable | 107.14 | 107.14<br>107.14 |
| 5933 | Check | 7/16/2010 | | ATM Withdrawal<br>ATM Withdrawal | ATM KEY 17...<br>ATM KEY 17... | 1000 · KeyBank 79...<br>8100.75 · Miscellan... | 403.00 | 403.00<br>403.00 |
| 5934 | Check | 7/16/2010 | | STEWARTS<br>STEWARTS | gas<br>gas | 1000 · KeyBank 79...<br>8020.10 · Fuel | 21.61 | 21.61<br>21.61 |
| 5935 | Check | 7/16/2010 | | gu markets<br>gu markets | | 1000 · KeyBank 79...<br>8100.45 · Groceries | 185.97 | 185.97<br>185.97 |

## Barbara J. Bouchey
### Journal
### July 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 5936 | Check | 7/19/2010 | 1122 | Cash<br>Cash | tan<br>tan | 1000 · KeyBank 79...<br>8100.10 · Beauty an... | 50.00 | 50.00<br>50.00 |
| 5938 | Check | 7/20/2010 | atm | STEWARTS<br>STEWARTS | gas<br>gas | 1000 · KeyBank 79...<br>8020.10 · Fuel' | 43.72 | 43.72<br>43.72 |
| 5939 | Check | 7/20/2010 | | Hoffman Car<br>Hoffman Car | | 1000 · KeyBank 79...<br>8020.90 · Vehicle E... | 39.99 | 39.99<br>39.99 |
| 5940 | Check | 7/21/2010 | atm | Moorfileds Green G...<br>Moorfileds Green G... | Debit BB<br>Debit BB | 1000 · KeyBank 79...<br>8100.45 · Groceries | 48.66 | 48.66<br>48.66 |
| 5941 | Check | 7/21/2010 | atm | Price Chopper<br>Price Chopper | | 1000 · KeyBank 79...<br>8100.45 · Groceries | 169.38 | 169.38<br>169.38 |
| 5942 | Check | 7/21/2010 | | data download<br>data download | | 1000 · KeyBank 79...<br>8020.30 · Office exp... | 7.98 | 7.98<br>7.98 |
| 5943 | Check | 7/22/2010 | atm | STEWARTS<br>STEWARTS | gas<br>gas | 1000 · KeyBank 79...<br>8020.10 · Fuel | 25.01 | 25.01<br>25.01 |
| 5944 | Check | 7/26/2010 | atm | ATM Withdrawal<br>ATM Withdrawal | ATM KEY 17...<br>ATM KEY 17... | 1000 · KeyBank 79...<br>8100.75 · Miscellan... | 401.75 | 401.75<br>401.75 |
| 5945 | Check | 7/26/2010 | atm | TRACTOR SUPPLY<br>TRACTOR SUPPLY | | 1000 · KeyBank 79...<br>8100.60 · Pet & Rel... | 66.74 | 66.74<br>66.74 |
| 5946 | Check | 7/26/2010 | | data download<br>data download | | 1000 · KeyBank 79...<br>8020.30 · Office exp... | 7.98 | 7.98<br>7.98 |
| 5947 | Check | 7/26/2010 | | Price Chopper<br>Price Chopper | | 1000 · KeyBank 79...<br>8100.45 · Groceries | 56.23 | 56.23<br>56.23 |
| 5948 | Check | 7/26/2010 | | Paypal<br>Paypal | | 1000 · KeyBank 79...<br>6320.10 · 116 Pepp... | 5.00 | 5.00<br>5.00 |

# Barbara J. Bouchey
## Journal
### July 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 5949 | Check | 7/26/2010 | | Paypal | | 1000 · KeyBank 79... | 2.00 | |
| | | | | Paypal | | 6320.10 · 116 Pepp... | | 2.00 |
| 5950 | Check | 7/26/2010 | | Auto Reserve Paym... | | 1000 · KeyBank 79... | 437.33 | |
| | | | | Auto Reserve Paym... | | 1010 · Overdraft | | 437.33 |
| 5951 | Check | 7/27/2010 | | STEWARTS | gas | 1000 · KeyBank 79... | 57.79 | |
| | | | | STEWARTS | gas | 8020.10 · Fuel | | 57.79 |
| 5952 | Check | 7/27/2010 | | STEWARTS | gas | 1000 · KeyBank 79... | 20.01 | |
| | | | | STEWARTS | gas | 8020.10 · Fuel | | 20.01 |
| 5953 | Check | 7/28/2010 | | Sorrentinos | | 1000 · KeyBank 79... | 14.09 | |
| | | | | Sorrentinos | | 8100.45 · Groceries | | 14.09 |
| 5954 | Check | 7/28/2010 | 1123 | VITALITY GUBAYO... | | 1000 · KeyBank 79... | 95.00 | |
| | | | | VITALITY GUBAYO... | | 8010.20 · Health/M... | | 95.00 |
| 5955 | Check | 7/29/2010 | | mi nys | gas | 1000 · KeyBank 79... | 59.84 | |
| | | | | mi nys | gas | 8020.90 · Vehicle E... | | 59.84 |
| 5956 | Check | 7/29/2010 | | bamford garage | parking | 1000 · KeyBank 79... | 37.00 | |
| | | | | bamford garage | parking | 8020.90 · Vehicle E... | | 37.00 |
| 5957 | Check | 7/30/2010 | | le meridian parker h... | | 1000 · KeyBank 79... | 34.31 | |
| | | | | le meridian parker h... | | 8020.70 · Meals & ... | | 34.31 |
| 5958 | Check | 7/30/2010 | | LIGHT HARMONIC ... | | 1000 · KeyBank 79... | 431.00 | |
| | | | | LIGHT HARMONIC ... | | 8010.20 · Health/M... | | 431.00 |
| 5959 | Check | 7/30/2010 | | Zaika Indian Restau... | | 1000 · KeyBank 79... | 39.17 | |
| | | | | Zaika Indian Restau... | | 8020.70 · Meals & ... | | 39.17 |
| 5960 | Deposit | 7/30/2010 | | KeyBank - Interest ... | Deposit | 1000 · KeyBank 79... | 0.48 | |
| | | | | | Deposit | 4010 · Interest Earn... | | 0.48 |

## Barbara J. Bouchey
### Journal
### July 2010

| Trans # | Type | Date | Num | Name | Memo | Account | Debit | Credit |
|---|---|---|---|---|---|---|---|---|
| 5999 | Check | 7/20/2010 | | ExxonMobil ExxonMobil | | 1000 · KeyBank 79... 8020.10 · Fuel | 20.75 20.75 | 20.75 20.75 |
| | | | | | | | **9,734.63** | **9,734.63** |
| **TOTAL** | | | | | | | **9,734.63** | **9,734.63** |



Not Cleared $1,205.12

- 3,240.65 ← Deposits
6493.98
-1205.12 ← check s
5,288.86      Not
Clear



# 🔑 Sweep Checking Account

**Key Private Bank**
*Statement*
BARBARA J BOUCHEY
Account number: 3259000027997
July 1 - July 31, 2010

## Account Summary

**Account No. 3259000027997**

Account offered by KEYBANK NATIONAL ASSOCIATION

Account held by
BARBARA J BOUCHEY

| | |
|---|---|
| **Balance on 6/30** | $2,309.15 ✓ |
| Deposits and other additions | 3,240.65 ✓ |
| Checks paid | 891.41 ✓ |
| Debit card/ATM withdrawals | 3,804.51 ✓ |
| Other withdrawals | 592.95 ✓ |
| **Balance on 7/31** | $260.93 |
| Number of days this period | 31 |

*5288.87*

*Please see the end of this statement for important legal information about this account.*

## How To Contact Us

**Please send inquiries to:**
P.O. Box 93885
Cleveland, OH 44101-5885, **or**

**Call Key Private Bank at:**
1-877-634-2968

## Sweep Investments Summary

### Sweep Investments Summary

| FDIC Insured Deposits Description | Market value on 6/30 | Market value on 7/31 | Interest this period | Interest this year | Allocation sweeps in (%) | Annual % yield earned |
|---|---|---|---|---|---|---|
| Sweep Checking Account | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0.00 |
| Investment Account (FDIC) | 2,309.15 | 260.93 | 0.48 | 6.71 | 100 | 0.40 |
| **Total FDIC Insured deposits** | **$2,309.15** | **$260.93** | **$0.48** | **$6.71** | | |
| **Total Account** | **$2,309.15** | **$260.93** | **$0.48** | **$6.71** | **100%** | |





**Key Private Bank**
*Statement*
July 31, 2010

P.O. Box 93885
Cleveland, OH 44101-5885

00      K-5590 EM
BARBARA J BOUCHEY
16 SILO DR
WATERFORD NY 12188-1248

## Consolidated Account Snapshot

|  | Value on 6/30 | Value on 7/31 | Change in value |
|---|---|---|---|
| Checking & Savings | $2,309.15 | $260.93 | -$2,048.22 |
| Investments & Trust | 0.00 | 0.00 | 0.00 |
| Retirement | 0.00 | 0.00 | 0.00 |
| **Total Assets** | **$2,309.15** | **$260.93** | **-$2,048.22** |
| **Total Loans & Credit Balance** | **$29,448.13** | **$29,209.24** | **-$238.89** |

*See Summary of Accounts on page 2 for more information.*

## How To Contact Us

**YOUR ADVISOR**
MANEEN,JUSTIN VINCENT,  (518) 371-5500,  JUSTIN_V_MANEEN@KEYBANK.COM

**YOUR LOCAL OFFICE**
1703 ROUTE 9
CLIFTON PARK, NY 12065

**CLIENT SERVICES**
Toll-Free
1-877-634-2968

**VIEW YOUR ACCOUNT**
www.key.com

26886-3290-3259000027997-0-N-



**Key Private Bank**
**Statement**
July 1 - July 31, 2010

# ☀. Summary of Accounts

## Asset Accounts

| Checking and Savings | Account number | Last statement value | Total Account Value on 7/31 | Income this period | Income year-to-date | Details on page |
|---|---|---|---|---|---|---|
| Sweep Checking Account | 325900027997 | $2,309.15 | $260.93 | $0.48 | $6.71 | 4 |
| **TOTAL ASSETS** | | **$2,309.15** | **$260.93** | **$0.48** | **$6.71** | |

## Loans and Credit

| | Balance owed on prior statement | Balance owed on 7/31 | Available credit | Interest paid this period* | Escrow paid this period | Interest paid year-to-date | Details on page |
|---|---|---|---|---|---|---|---|
| Cash Reserve Credit | $29,448.13 | $29,209.24 | $790.76 | $0.00 | | $786.91 | 8 |

# Current News

**Important information regarding your Account.**

Based on a recent FDIC regulation, banks are now required to provide a disclosure to certain sweep customers of the status of their funds invested in the sweep investment in the event of a bank failure. Please be aware that the funds in your account that are swept to and invested in a money market mutual fund are not deposits, and to the extent the funds reside in the money market mutual fund, you will receive payment for the value of your assets in the money market mutual fund in the event of a bank failure. In addition, to the extent the funds are swept to and reside in a deposit account, the funds are deposits and insured up to the maximum applicable insurance limit.

**Please read and retain this information with all of your Account Agreements and Disclosures.**

26886-3290-3259000027997-0-N-



**Key Private Bank**
*Statement*
BARBARA J BOUCHEY
Account number: 325900027997
July 1 - July 31, 2010

# Activity Detail

## Deposits and Other Additions

| Date | Description | Amount |
| --- | --- | --- |
| 7/15 | DEPOSIT    BRANCH 0559 NEW YORK | $1,758.13 |
| 7/21 | DEPOSIT    BRANCH 0559 NEW YORK | 1,363.73 |
| 7/22 | DEPOSIT    BRANCH 0559 NEW YORK | 118.31 |
| 7/30 | INTEREST PAYMENT | 0.48 |

**Total Deposits and Other Additions** $3,240.65

## Checks Paid

| Number | Date written | Date paid | Expense Category | Payee | Amount |
| --- | --- | --- | --- | --- | --- |
| 1122 | 7/15 | 7/19 | | CASH | $50.00 |
| 1123 | 7/20 | 7/28 | | VITALITY GUBAYDULLIN PHD | 95.00 |
| 2110* | 7/8 | 7/26 | | KNOX WOODS HOMEOWNER'S ASSOC | 75.00 |
| 2711 | 7/8 | 7/27 | | NATIONAL GRID | 44.95 |
| 2712 | 7/8 | 7/22 | | COUNTY WASTE | 28.80 |
| 2713 | 7/8 | 7/23 | | ERIE AND NIAGARA INS | 74.50 |
| 2714 | 7/8 | 7/26 | | TOWN OF HALFMOON | 30.15 |
| 2715 | 7/8 | 7/26 | | TOWN OF HALFMOON | 83.75 |
| 2716 | 7/8 | 7/21 | | CATSEYE PEST CONTROL INC | 79.18 |
| 2717 | 7/8 | 7/23 | | CLIFTON PARK SELF STORAGE | 175.00 |
| 2720* | 7/20 | 7/22 | | PARKING VIOLATIONS BUREAU | 105.00 |
| 2721 | 7/22 | 7/27 | | SARATOGA WATER SERV | 50.08 |

**Total Checks Paid** $891.41

* Break in check number sequence.

## Stop Payments

| Check number/range | Date | Issued | Expires | Amount |
| --- | --- | --- | --- | --- |
| 0-9999999999 | 6/20/10 | 5/28/10 | 11/28/10 | $633.32 |
| 0-9999999999 | 5/1/10 | 4/29/10 | 10/29/10 | 1,039.45 |
| 0-9999999999 | 5/1/10 | 4/29/10 | 10/29/10 | 1,348.46 |



*Handwritten notes:* Not Cleared:   2718 - 126.40 void   2719 -   2722   2723   2724

**Key Private Bank**
*Statement*
BARBARA J BOUCHEY
Account number 3259000027997
July 1 - July 31, 2010

## Activity Detail (continued)

### Debit Card/ATM Withdrawals

| Date | Description | Amount |
|---|---|---|
| 7/2 | ATM   MAC ANN & GEORGE STREE   FORT ANN   NY | $201.95 |
| 7/2 | ATM   MAC ANN & GEORGE STREE   FORT ANN   NY | 201.95 |
| 7/6 | POS   MAC Wal-Mart Super   HALFMOON   NY | 209.52 |
| 7/6 | POS   MAC PETSMART INC 7   LATHAM   NY | 7.54 |
| 7/7 | BANFELD 0739   LATHAM   NY | 39.37 |
| 7/7 | STEWARTS SHOP 385 QAE   WATERFORD   NY | 21.07 |
| 7/8 | FRED THE BUTCHER   CLIFTON PARK NY | 5.49 |
| 7/8 | POS   MAC MACY'S   00   NEW YORK   NY | 149.70 |
| 7/8 | STEWARTS SHOP 385 QAE   WATERFORD   NY | 23.11 |
| 7/9 | ATM   MAC 1860 BROADWAY   NEW YORK   NY | 303.00 |
| 7/9 | MOORFIELDS GREEN GROCE   CLIFTON PARK NY | 46.66 |
| 7/9 | SAVEMORE BEVERAGE COPS   CLIFTON PARK NY | 10.67 |
| 7/12 | RED EYE GRILL   NEW YORK   NY | 62.08 |
| 7/12 | AMTRAK   NEW YORK PENNNY | 53.00 |
| 7/13 | FRED THE BUTCHER   CLIFTON PARK NY | 6.65 |
| 7/13 | STEWARTS SHOP 385 QAE   WATERFORD   NY | 22.87 |
| 7/13 | POS   MAC USPS 35164800   CLIFTON PA NY | 17.60 |
| 7/14 | MOORFIELDS GREEN GROCE   CLIFTON PARK NY | 27.62 |
| 7/14 | WOOD PRO   ALBANY   NY | 19.44 |
| 7/14 | POS   MAC PRICE CHOPPER   CLIFTON PK NY | 168.24 |
| 7/14 | STEWARTS SHOP 385 QAE   WATERFORD   NY | 15.00 |
| 7/16 | ATM   NYC *CLIFTON PARK   CLIFTON PA NY | 403.00 |
| 7/16 | STEWARTS SHOP 112   CLIFTON PARK NY | 21.61 |
| 7/19 | POS   MAC GU MARKETS 7702   BOLTON LAN NY | 185.97 |
| 7/19 | EXXONMOBIL  97381701   SARATOGA SPRINY | 20.75 |
| 7/20 | STEWARTS SHOP 385 QAE   WATERFORD   NY | 43.72 |
| 7/20 | HOFFMAN CAR WASH C OPS   CLIFTON PARK NY | 39.99 |
| 7/21 | MOORFIELDS GREEN GROCE   CLIFTON PARK NY | 48.66 |
| 7/21 | POS   MAC PRICE CHOPPER   CLIFTON PK NY | 169.38 |
| 7/21 | DATA DOWNLOAD   3103837994   CA | 7.98 |
| 7/22 | STEWARTS SHOP 385 QAE   WATERFORD   NY | 25.01 |
| 7/26 | ATM   MAC 183 GUIDEBOARD ROA   WATERFORD NY | 401.75 |
| 7/26 | POS   MAC TRACTOR SUPPLY   CLIFTON PA NY | 66.74 |
| 7/26 | DATA DOWNLOAD   3103837994   CA | 7.98 |
| 7/26 | POS   MAC PRICE CHOPPER   CLIFTON PK NY | 56.23 |
| 7/27 | STEWARTS SHOP 385   WATERFORD   NY | 57.79 |





**Key Private Bank**
*Statement*
BARBARA J BOUCHEY
Account number: 325900027997

July 1 - July 31, 2010

# Activity Detail (continued)

## Debit Card/ATM Withdrawals

| Date | Description | Amount |
|---|---|---|
| 7/27 | STEWART'S SHOP 385 QAE   WATERFORD   NY | 20.01 |
| 7/28 | SORRENTINOS       QPS   CLIFTON PARK NY | 14.09 |
| 7/29 | POS    MAC MI 33-14 NYS T/W   SLOATSBURG NY | 59.84 |
| 7/29 | BAMFORD GARAGE    QPS   NEW YORK    NY | 37.00 |
| 7/30 | LE PARKER MERIDIEN/RES   NEW YORK    NY | 34.31 |
| 7/30 | LIGHT HARMONIC INSTITU   SANTA FE   NM | 431.00 |
| 7/30 | ZAIKA INDIAN RESTAURAN   CLIFTON PARK NY | 39.17 |

**Total Debit Card/ATM Withdrawals**                                    **$3,804.51**

## Other Withdrawals

| Date | Description | Charge | Amount |
|---|---|---|---|
| 7/8 | CHECK/SUPPLY PURCHASE | | $41.47 |
| 7/14 | DIRECT WITHDRAWAL, TIME WARNER   CABLE BILL | | 107.15 |
| 7/26 | DIRECT WITHDRAWAL, PAYPAL       INST XFER | | 5.00 |
| 7/26 | DIRECT WITHDRAWAL, PAYPAL       INST XFER | | 2.00 |
| 7/26 | AUTOMATIC PAYMENT TO CASH RESERVE CREDIT | | 437.33 |

**Total Other Withdrawals**                                            **$592.95**

## Sweep Activity

| Description | Amount |
|---|---|
| Total sweeps into Investment Account (FDIC) | $2,539.02 |
| Total sweeps out of Investment Account (FDIC) | $4,582.72 |

Sweep activity reflects purchases and sales of funds made to cover activity in your Sweep Checking Account. They are shown here as a confirmation of activity. These transactions are not needed to balance your checkbook.

26886-3290-325900027997-0-N-



# ⬥ Key. Cash Reserve Credit

## Key Private Bank
### Statement
BARBARA, J BOUICHEY
Account number: 3259000027997

July 1 - July 31, 2010

## Summary of Account Activity

| | |
|---|---|
| *Previous Balance | $29,448.13 |
| Payments | -$437.33 |
| Other Credits | $0.00 |
| Advances and Other Debits | $0.00 |
| Fees Charged | $0.00 |
| Fee Adjustments | $0.00 |
| Interest Charged | $198.44 |
| Interest Adjustments | $0.00 |
| *New Balance | $29,209.24 |
| Balance used to compute interest | $29,207.31 |
| Credit Limit | $30,000.00 |
| Available Credit | $790.76 |
| Past Due Amount | $0.00 |
| Statement Closing Date | 7/31/10 |
| Days in billing cycle | 31 |

*Previous Balance and New Balance: A Previous Balance and/or a New Balance with a minus sign (-) before it indicates a credit balance.

## Transactions

| Post Date | Effective Date | Description of Transaction or Credit | Amount |
|---|---|---|---|
| **Payments** | | | |
| 7/26 | 7/26 | AUTOMATIC PAYMENT TO CASH RESERVE CREDIT | -$437.33 |
| | | **Total Payments** | -$437.33 |
| **Other Credits** | | | |
| | | **Total Other Credits** | $0.00 |
| **Advances and Other Debits** | | | |
| | | **Total Advances and Other Debits** | $0.00 |

## How To Contact Us

Questions? Call Key Private Bank at 1-800-336-4750

Please send Billing Inquiries and Disputed Balance communications to:
KEYBANK, P.O. BOX 93885,
CLEVELAND, OH 44101-4750

## Payment Information

| | |
|---|---|
| *New Balance | $29,209.24 |
| Minimum Payment Due | $440.09 |
| Payment Due Date | 8/25/10 |

Automatic payment of $440.09 from Account 3259000027997 will be made on 8/25/10.

See following page for additional account details.





**Key Private Bank**
*Statement*
BARBARA J BOUCHEY
Account number: 325900027997
July 1 - July 31, 2010

# Cash Reserve Credit (Con't)

## Transactions (continued)

| Post Date | Effective Date | Description of Transaction or Credit | Amount |
|---|---|---|---|
| | | **FEES** | |
| **Fee Adjustments** | | | $0.00 |
| | | **Total FEES for this Period** | $0.00 |
| | | **INTEREST** | |
| 7/30 | 7/31 | INTEREST CHARGE | $198.44 |
| | | **Total INTEREST for this Period** | $198.44 |
| **Interest Adjustments** | | | |
| | | **Total Interest Adjustments for this Period** | $0.00 |

## 2010 Year-to-Date Totals

| | |
|---|---|
| Total Fees Charged in 2010 | $0.00 |
| Total Interest Charged in 2010 | $786.91 |

## Interest Charge Calculation

**Your Annual Percentage Rate (APR)** is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate (APR) | *Balance Subject to Interest rate | Interest Charge |
|---|---|---|---|
| Purchases/Cash Advances | 8.0000 (v) | $29,207.31 | $198.44 |
| | (v) = Variable Rate | ***Average Daily Balance** | $198.44 |

See "Information About Your Account" section at end of statement for additional information regarding your account.

See following page for additional account details.

26886-3290-32590002797-0-N-



B6A (Official Form 6A) (12/07)

*Amended*

In re  Barbara J. Bouchey                                          Case No.  10-12207
_____                                          _____
        **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single Family Residence - Townhome Income Property<br><br>6 Washington Lane<br>Ballston Spa, NY 12020 | | | 180,000.00 | Exceeds Value |
| Single Family Residence-Townhome Income Property<br><br>116 Pepperbush PL<br>Malta, NY 12020 | | | 155,000.00 | 129,205.00 |
| Single Family House<br><br>16 Silo Dr | Fee Simple | | 650,000.00 | Exceeds Value |
| | | Total ➤ | 985,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30128 - Adobe PDF

B6B (Official Form 6B) (12/07)

**Amended**

In re   Barbara J. Bouchey                                      Case No.   10-12207
_____
Debtor                                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Fifty Dollars | | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Key Bank Account | | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Coffee Table Primary Residence | | 800.00 |
| | | Asian Cabinet Primary Residence | | 680.00 |
| | | Flower Cabinet Primary Residence | | 400.00 |
| | | Console Table Primary Residence | | 800.00 |
| | | Chinese Screen Primary Residence | | 900.00 |
| | | Indian Bookcase Primary Residence | | 600.00 |
| | | Nightstand | | 160.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30123 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

Amended

In re   Barbara J. Bouchey                                          Case No.   10-12207
             Debtor                                                               (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Primary Residence | | |
| | | Bedroom Armoire Primary Residence | | 240.00 |
| 5.  Books, Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Ivory Statue 1 Primary Residence | | 680.00 |
| | | Ivory Statue 2 Primary Residence | | 400.00 |
| | | Ivory Statue 3 Primary Residence | | 400.00 |
| | | Ivory Statue 4 Primary Residence | | 260.00 |
| | | Wood Buddha Primary Residence | | 300.00 |
| | | Wood Carving / Couple Primary Residence | | 900.00 |
| | | Wood Carving/Wall Elephant Primary Residence | | 900.00 |
| | | Wood Carving/Lady Stand Primary Residence | | 800.00 |
| | | Wood Carving/Wall Lady Primary Residence | | 400.00 |
| | | Painting 1 Primary Residence | | 1,000.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749  - 30123 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

*Amended*

In re   Barbara J. Bouchey                                      Case No.  10-12207
                    **Debtor**                                              **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Painting 2<br>Primary Residence | | 600.00 |
| | | Wall Plaques<br>Primary Residence | | 360.00 |
| 6.  Wearing apparel. | | Personal and Business Clothing | | 5,000.00 |
| 7.  Furs and jewelry. | | Earrings with diamond clips<br>Topaz Ring<br>Topaz Ring 2<br>Garnet Ring<br>Diamond Ring<br>Diamond Necklace | | 400.00<br>400.00<br>250.00<br>250.00<br>800.00<br>400.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Bouchey + Associates, INC.*<br>Barbara J. Bouchey Asset Management | | 35,000.00<br>250,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See 13 | | 0.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 30128 - Adobe PDF

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | | HUSBAND, WIFE, OR COMMUNITY | DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | Claim against Clare Bronfman | | · | Indeterminate |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claim against Sara Bronfman | | | Indeterminate |
| | | Claim against Pamela Cafritz | | | Indeterminate |
| | | Claim against Tracy Christopher | – Pers. Loan | | 4,000 |
| | | Claim against Brendan Flanigan | - Pers. Loan | | 16,000 |
| | | Claim against Rebecca Freeman | | | Indeterminate |
| | | Claim against Barbara Jeske | - Pers. Loan | | 6,000 |
| | | Claim against Dawn Morrison | - Pers. Loan | | 12,300 |
| | | Claim against NXIVM Corporation | - Commissions | | 150,000 |
| | | Claim against Keith Raniere | | | Indeterminate |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | Claim against Nancy Salzman | | | Indeterminate |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | Claim against Jon Samulski | - Pers. Loan | | 1,000 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | Claim against Colleen Steigerwald | - Pers. Loan | | 2,500 |
| | | Claim against Karen Unterreiner | | | Indeterminate |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Lexus   high miles 65,000 | | | 22,500 |
| 26. Boats, motors, and accessories. | X | | | | |
| 27. Aircraft and accessories. | X | | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | | |
| 30. Inventory. | X | | | | |
| 31. Animals. | X | | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 30128 - Adobe PDF

B6B (Official Form 6B) (12/07) -- Cont.

**Amended**

In re   Barbara J. Bouchey                                    Case No.  10-12207
                    Debtor                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                    0        continuation sheets attached    Total    $. 516,444.00

                            (Include amounts from any continuation
                            sheets attached. Report total also on
                            Summary of Schedules.)



# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

In re  Barbara J. Bouchey _____,            Case No.  __10-12207__
                    Debtor

                                                     Chapter  __11__

# VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of **5** pages, is true, correct and complete to the best of my knowledge.

This amended schedule is being filed to correct an incorrect name, correct the value of the automobile asset and list certain entities and amounts against which the debtor holds claims.

Date  __11-28-10__                Signature        /s/ Barbara J. Bouchey
                                  of Debtor        _____
                                                   BARBARA J. BOUCHEY