RECEIVED & FILED

MAR 10 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------
In re:

BARBARA J. BOUCHEY,

                     Debtor.

-----------------------------------------------------------

Chapter 11
Case No. 10-12207

## ORDER

This matter came before the court pursuant to an Order entered on September 21, 2010 (Dkt. No. 117), setting a combined hearing on the Disclosure Statement (Dkt. No. 112) and Chapter 11 Plan of Reorganization (Dkt. No. 113) filed by Barbara Bouchey (the "Debtor") on September 21, 2010. Opposition to the Debtor's Disclosure Statement and Chapter 11 Plan of Reorganization was filed on September 27, 2010, by Creditors Clare W. Bronfman and Sara R. Bronfman and on September 28, 2010, by the United States Trustee. After numerous adjournments, a hearing was held on March 7, 2010. Appearances were made by the Debtor, by and through her attorney, David Cohen, Esq., the United States Trustee, by and through her attorney, Lisa M. Penpraze, Esq., Clare W. Bronfman and Sara R. Bronfman, by and through their attorneys, Damon Morey LLP (William F. Savino, Esq. and Beth Ann Bivona, Esq.), and NXIVM, by and through its attorneys, O'Connell & Aronowitz (Richard H. Weiskopf, Esq.). The court considered all pleadings and proceedings had in this matter to date, the arguments of counsel, and the undisputed facts that the current Chapter 11 Plan of Reorganization could not be confirmed and an Amended Disclosure Statement and Amended Chapter 11 Plan of Reorganization will need to be filed, the Debtor retained new bankruptcy counsel in November 2011, and it has been approximately nine months since the order for relief was entered.

NOW, upon and good cause appearing therefor and for the reasons the Court articulated on the record on March 7, 2011; it is hereby

**ORDERED**, that over the opposition of the Debtor, approval of the Disclosure Statement filed on September 21, 2010 and confirmation of the Chapter 11 Plan of Reorganization filed on September 21, 2010 is denied; and it is further

**ORDERED**, that with the consent of the United States Trustee and over the objection of Clare W. Bronfman and Sara R. Bronfman and NXIVM, under the authority of 11 U.S.C. § 105, the court *sua sponte* extends the Debtor's exclusivity period under 11 U.S.C. § 1121 to file a Chapter 11 Plan of Reorganization to May 18, 2011.

Dated: March 10, 2011

_____
Hon. Robert E. Littlefield, Jr.
Chief United States Bankruptcy Judge