UNITED STATES BANKRUPTCY COURT
Northern DISTRICT OF New York

| In re **BARBARA J. BOUCHEY** | Case No. | **10-12207** |
|---|---|---|
| Debtor | Reporting Period: | **02/1 to 2/28/11** |

| | Social Security # | **8023** |
|---|---|---|
| | (last 4 digits only) | |

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | x | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | x | |
| Copies of bank statements | | x | |
| Disbursement Journal | MOR-2 (INDV) | x | |
| Balance Sheet | MOR-3 (INDV) | x | |
| Copies of tax returns filed during reporting period | | na | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | x | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | x | |
| Debtor Questionnaire | MOR-6 (INDV) | x | |

I declare under penalty of perjury *(* 28 U.S.C. Section 1746) that the documents attached to this report are true and
correct to the best of my knowledge and belief.

| Signature of Debtor | _[signature]_ | Date | 3/20/2011 |
|---|---|---|---|
| Signature of Joint Debtor | | Date | |

In re **BARBARA J. BOUCHEY**                                     Case No. **10-12207**
_____            Reporting Period: **2/1 to 2/28/11**
         **Debtor**

### INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | See Attached P/L | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| **Total Receipts** | | |
| | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | | |
| **Total Ordinary Disbursements** | | |
| | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | | |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | | |

# Barbara J. Bouchey
# Profit & Loss
### February 2011

Cash Basis

|  | Feb 11 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Consignment Clothes Sale | 189.50 |
| Legal Depo Fee | 510.00 |
| 4000 · BJBAM - Barbara Payroll | 3,771.60 |
| 4010 · Interest Earned | 0.29 |
| 4015 · 1099 Income | |
| 4015.30 · Metlife | 347.69 |
| **Total 4015 · 1099 Income** | 347.69 |
| **Total Income** | 4,819.08 |
| **Gross Profit** | 4,819.08 |
| **Expense** | |
| US Bankrupty Qtr Fee | 0.00 |
| 6300 · Primary Home Repairs & Maint | |
| 6300.14 · Refuse Removal | 31.47 |
| **Total 6300 · Primary Home Repairs & Maint** | 31.47 |
| 6310.00 · 6 Wash. Ln. - Income Prop | |
| 6310.40 · Landlord Insurance | 231.75 |
| **Total 6310.00 · 6 Wash. Ln. - Income Prop** | 231.75 |
| 6390 · Utilities | |
| 6390.10 · Cable | 114.35 |
| **Total 6390 · Utilities** | 114.35 |
| **Total Expense** | 377.57 |
| **Net Ordinary Income** | 4,441.51 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 8000 · Business Expenses | |
| Amtrak | 103.00 |
| 8020.10 · Fuel | 172.21 |
| 8020.25 · Postage | 48.61 |
| 8020.30 · Office expenses | 569.14 |
| 8020.35 · Parking & Tolls | 48.00 |
| 8020.50 · Sales-Marketing costs | 49.00 |
| 8020.60 · Meals & Ent. | 24.24 |
| 8020.70 · Meals & Entertainment | 403.62 |
| 8020.95 · Legal | 303.35 |
| **Total 8000 · Business Expenses** | 1,721.17 |
| 8100 · Personal Expenses | |
| 8100.10 · Beauty and Hair | 46.00 |
| 8100.15 · Concerts & Movies | 20.33 |
| 8100.20 · Clothing | 86.40 |
| 8100.30 · Dry Cleaners | 7.00 |
| 8100.40 · Gifts | 17.97 |
| 8100.45 · Groceries | 583.31 |
| 8100.60 · Pet & Related | 120.20 |
| 8100.70 · Personal Expense -Miscellaneous | 603.09 |
| **Total 8100 · Personal Expenses** | 1,484.30 |
| **Total Other Expense** | 3,205.47 |
| **Net Other Income** | -3,205.47 |
| **Net Income** | 1,236.04 |

In re **BARBARA J. BOUCHEY**                                Case No. **10-12207**
    **Debtor**                            Reporting Period: **2/1 to 2/28/11**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re **BARBARA J. BOUCHEY**                    Case No. <u>10-12207</u>
_____            Reporting Period: <u>2/1 to 2/28/11</u>
        **Debtor**

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page

(Bank account numbers may be redacted to last four numbers.)

|  | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 1089.54 |  |  |  |
| **BANK BALANCE** | 1396.38 |  |  |  |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | 0 |  |  |  |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | 306.84 |  |  |  |
| OTHER *(ATTACH EXPLANATION)* | 0 |  |  |  |
| **ADJUSTED BANK BALANCE *** | 1089.54 |  |  |  |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**OTHER**

See Attached Bank Stmts

In re _____ **BARBARA J. BOUCHEY** _____      Case No. **10-12207**

_____ Debtor _____      Reporting Period: **01/1 to 01/31/11**

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 7-Feb | ATM | | 203 |
| 9-Feb | ATM | | 72.7 |
| 28-Feb | ATM | | 14.7 |
| 28-Feb | ATM | | 200 |
| 28-Feb | ATM | fuel | 56.38 |
| 28-Feb | ATM | fuel | 56.31 |
| | | | |
| | | | |
| | Breakdown: | | |
| | Fuel | 400 | |
| | Court CD's | 26 | |
| | Misc. | 177.09 | |
| | | | |
| | Total Cash Disbursements | | 603.09 |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Bank Account Disbursements | | | |

| Total Disbursements for the Month | |
|---|---|

In re **BARBARA J. BOUCHEY**                          Case No. **10-12207**
    Debtor                          Reporting Period: **2/1 to 2/28/11**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | 650,000 | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | 180,000 | |
| *TOTAL REAL PROPERTY ASSETS* | 830,000 | |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | 516,444 | |
| *TOTAL PERSONAL PROPERTY* | 516,444 | |
| *TOTAL ASSETS* | 1,346,444 | |

In re **BARBARA J. BOUCHEY**　　　　　　　　Case No. **10-12207**
　　　Debtor　　　　　　　　　　　　Reporting Period: **2/1 to 2/28/11**

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| *TOTAL TAXES* | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| *TOTAL POST-PETITION LIABILITIES* | | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 855,574 | |
| Priority Debt | 10,000 | |
| Unsecured Debt | 1,516,500 | |
| *TOTAL PRE-PETITION LIABILITIES* | 2,382,074 | |

| *TOTAL LIABILITIES* | 2,382,074 | |
|---|---|---|

**BARBARA J. BOUCHEY**

Debtor

Case No. **10-12207**

Reporting Period: **2/1 to 2/28/11**

## SUMMARY OF UNPAID POST-PETITION DEBTS

| | Current | Number of Days Past Due 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage - Ballston Spa | 5,740 | | | | x | 63,140 |
| Rent | 0 | | | | | |
| Secured Debt/Adequate Protection Payments | 357 | | | | | |
| Professional Fees | 0 | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| Income Prop. #1 (Wells Fargo) Mortg | 986 | | | | x | 7,888 |
| Income Prop. #1 (Charter One) Eq Line | 333 | | | | x | 2,987 |
| Automobile  (Saratoga National) | 280 | | | | | 0 |
| | | | | | | |
| **Total Post-petition Debts** | 8394 | | | | | 74,015 |

Explain how and when the Debtor intends to pay any past due post-petition debts.

Ballston Spa-Primary Home - Selling - Any loss will be added to payment plans.

Income Prop #1 Washington - Selling - approved for short sale with court & banks

Automobile - ORDER granted - Paid $9,103 arrear payments.  Paying $280 monthly next 3 years for 100% full payment.

In re **BARBARA J. BOUCHEY**
Debtor

Case No. **10-12207**
Reporting Period: **2/1 to 2/28/11**

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Ballston Spa | 5740 | 0 | 63,140 |
| Wells Fargo | 986 | 0 | 7,888 |
| Charter One | 333 | 0 | 2,987 |
| Saratoga National | 280 | 9,103 | 0 |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | 9,103 | 74,015 |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Primary Homeowners | Travelers | 10/2011 | $122/month |
| Income Prop. #2-HOL | Dryden | 2/2011 | $75/month |
| Auto Insurance | Allstate | 5/2011 | $85/month |
| | | | |
| | | | |
| | | TOTAL | $282 |

In re **BARBARA J. BOUCHEY**　　　　　　　　Case No. **10-12207**
　　　　**Debtor**　　　　　　　　　Reporting Period: **11/1 to 11/30/10**

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period?　($420 - TO NYS) | X | |
| 10 | Are any amounts owed to post petition creditors delinquent? | X | |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

# Barbara J. Bouchey
## Journal
### February 2011

| Type | Date | Num | Name | Memo | Debit | Credit |
|------|------|-----|------|------|-------|--------|
| Check | 2/1/2011 | 2786 | County Waste-16 Silo Dr | February 2011 Service | | 31.47 |
| | | | County Waste-16 Silo Dr | trash svc | 31.47 | |
| | | | | | 31.47 | 31.47 |
| Check | 2/1/2011 | Debit | Banfield | veterinarian | | 55.95 |
| | | | Banfield | veterinarian | 55.95 | |
| | | | | | 55.95 | 55.95 |
| Check | 2/2/2011 | Debit | Pacer Court Docs | | | 280.64 |
| | | | Pacer Court Docs | legal expense | 280.64 | |
| | | | | | 280.64 | 280.64 |
| Check | 2/3/2011 | Debit | MOORFIELDS GREEN | groceries | | 40.95 |
| | | | MOORFIELDS GREEN | groceries | 40.95 | |
| | | | | | 40.95 | 40.95 |
| Check | 2/3/2011 | Debit | Walmart | groceries | | 75.66 |
| | | | Walmart | groceries | 75.66 | |
| | | | | | 75.66 | 75.66 |
| Deposit | 2/3/2011 | | Barbara Bouchey Asset Manage... | Deposit | 1,885.80 | |
| | | | Barbara Bouchey Asset Manage... | Deposit | | 1,885.80 |
| | | | | | 1,885.80 | 1,885.80 |
| Check | 2/7/2011 | 2787 | Travelers Remitance Center | office insurance (home) | | 153.42 |
| | | | Travelers Remitance Center | office insurance (home) | 153.42 | |
| | | | | | 153.42 | 153.42 |
| Check | 2/7/2011 | Debit | Nail Art | | | 46.00 |
| | | | Nail Art | manicure | 46.00 | |
| | | | | | 46.00 | 46.00 |
| Check | 2/7/2011 | Debit | FedEX Express | | | 48.61 |
| | | | FedEX Express | fedex | 48.61 | |
| | | | | | 48.61 | 48.61 |
| Check | 2/7/2011 | Debit | Price Chopper | groceries | | 23.28 |
| | | | Price Chopper | groceries | 23.28 | |
| | | | | | 23.28 | 23.28 |
| Check | 2/7/2011 | Debit | Fresh Market Grocery | groceries | | 69.29 |
| | | | Fresh Market Grocery | groceries | 69.29 | |
| | | | | | 69.29 | 69.29 |
| Check | 2/7/2011 | ATM | ATM Withdrawal | | | 203.00 |
| | | | ATM Withdrawal | | 203.00 | |
| | | | | | 203.00 | 203.00 |
| Check | 2/7/2011 | Debit | Blockbuster Video #38 Latham | | | 9.58 |
| | | | Blockbuster Video #38 Latham | videos | 9.58 | |
| | | | | | 9.58 | 9.58 |
| Check | 2/7/2011 | Debit | 677 Prime | | | 80.00 |
| | | | 677 Prime | legal dinner | 80.00 | |
| | | | | | 80.00 | 80.00 |
| Check | 2/8/2011 | Debit | Hallmark | gift | | 17.97 |
| | | | Hallmark | gift | 17.97 | |
| | | | | | 17.97 | 17.97 |
| Check | 2/8/2011 | Debit | LiveOffice, Torrance, CA | company website | | 49.00 |
| | | | LiveOffice, Torrance, CA | company website | 49.00 | |
| | | | | | 49.00 | 49.00 |
| Check | 2/8/2011 | Debit | Victories Secret | clothing | | 86.40 |
| | | | Victories Secret | clothing | 86.40 | |
| | | | | | 86.40 | 86.40 |

# Barbara J. Bouchey
## Journal
### February 2011

| Type | Date | Num | Name | Memo | Debit | Credit |
|------|------|-----|------|------|-------|--------|
| Check | 2/8/2011 | Debit | BEST BUY    00004283 | Computer parts | | 90.68 |
| | | | BEST BUY    00004283 | Computer parts | 90.68 | |
| | | | | | 90.68 | 90.68 |
| Check | 2/9/2011 | Debit | Hoyt Crossgates Mall | movies | | 10.75 |
| | | | Hoyt Crossgates Mall | movies | 10.75 | |
| | | | | | 10.75 | 10.75 |
| Check | 2/9/2011 | Debit | Galleria Wireless | cell phone part | | 16.20 |
| | | | Galleria Wireless | cell phone part | 16.20 | |
| | | | | | 16.20 | 16.20 |
| Check | 2/9/2011 | | Justins | | | 24.24 |
| | | | Justins | meals | 24.24 | |
| | | | | | 24.24 | 24.24 |
| Check | 2/9/2011 | | ATM Withdrawal | | | 72.70 |
| | | | ATM Withdrawal | | 72.70 | |
| | | | | | 72.70 | 72.70 |
| Check | 2/10/2011 | | STEWARTS | fuel | | 62.73 |
| | | | STEWARTS | fuel | 62.73 | |
| | | | | | 62.73 | 62.73 |
| Check | 2/10/2011 | | PF Changs | mea | | 35.05 |
| | | | PF Changs | mea | 35.05 | |
| | | | | | 35.05 | 35.05 |
| Check | 2/10/2011 | | STEWARTS | fuel | | 16.62 |
| | | | STEWARTS | fuel | 16.62 | |
| | | | | | 16.62 | 16.62 |
| Check | 2/14/2011 | 2788 | Dryden Mutual Insurance Comp... | Policy #: L11-33-562 | | 231.75 |
| | | | Dryden Mutual Insurance Comp... | 6 Washington Ave | 231.75 | |
| | | | | | 231.75 | 231.75 |
| Check | 2/14/2011 | Debit | E Z Pass | tolls | | 25.00 |
| | | | E Z Pass | tolls | 25.00 | |
| | | | | | 25.00 | 25.00 |
| Check | 2/14/2011 | | Brown Derby | meals | | 32.80 |
| | | | Brown Derby | meals | 32.80 | |
| | | | | | 32.80 | 32.80 |
| Check | 2/14/2011 | | L.A. Superior Court | legal expense | | 7.50 |
| | | | L.A. Superior Court | legal expense | 7.50 | |
| | | | | | 7.50 | 7.50 |
| Check | 2/14/2011 | | 677 Prime | | | 248.12 |
| | | | 677 Prime | legal dinner | 248.12 | |
| | | | | | 248.12 | 248.12 |
| Check | 2/14/2011 | | Price Chopper | | | 88.26 |
| | | | Price Chopper | groceries | 88.26 | |
| | | | | | 88.26 | 88.26 |
| Check | 2/14/2011 | | Hannaford | | | 10.21 |
| | | | Hannaford | | 10.21 | |
| | | | | | 10.21 | 10.21 |
| Check | 2/16/2011 | 2789 | U.S. Trustee | VOID: U.S. Trustee | 0.00 | |
| | | | U.S. Trustee | Account #: 061-10-12207 | 0.00 | |
| | | | | | 0.00 | 0.00 |
| Check | 2/16/2011 | Auto... | Time Warner Cable-16 Silo | cable | | 114.35 |
| | | | Time Warner Cable-16 Silo | cable | 114.35 | |
| | | | | | 114.35 | 114.35 |

# Barbara J. Bouchey
# Journal
### February 2011

| Type | Date | Num | Name | Memo | Debit | Credit |
|------|------|-----|------|------|-------|--------|
| Check | 2/16/2011 | Debit | HALFMOON CLEANERS | dry cleaners | | 7.00 |
| | | | HALFMOON CLEANERS | dry cleaners | 7.00 | |
| | | | | | 7.00 | 7.00 |
| Deposit | 2/17/2011 | | | Deposit | 1,047.19 | |
| | | | Nationwide Legal Services | Fee for Depo | | 225.00 |
| | | | Nationwide Legal Services | Fee for Depo | | 225.00 |
| | | | Avvocato Lit. Support | Fee for Depo | | 60.00 |
| | | | Michael's | clothing sold | | 189.50 |
| | | | Metlife | Deposit | | 192.37 |
| | | | Metlife | Deposit | | 155.32 |
| | | | | | 1,047.19 | 1,047.19 |
| Check | 2/17/2011 | Debit | Walmart | | | 11.51 |
| | | | Walmart | groceries | 11.51 | |
| | | | | | 11.51 | 11.51 |
| Check | 2/18/2011 | Debit | Central Steak Albany | meals | | 42.70 |
| | | | Central Steak Albany | legal lunch | 42.70 | |
| | | | | | 42.70 | 42.70 |
| Check | 2/18/2011 | Debit | STEWARTS | fuel | | 72.78 |
| | | | STEWARTS | fuel | 72.78 | |
| | | | | | 72.78 | 72.78 |
| Deposit | 2/18/2011 | | | Deposit | 1,885.80 | |
| | | | Barbara Bouchey Asset Manage... | Deposit | | 1,885.80 |
| | | | | | 1,885.80 | 1,885.80 |
| Check | 2/21/2011 | Debit | The Birdie Boutique | | | 64.25 |
| | | | The Birdie Boutique | pet | 64.25 | |
| | | | | | 64.25 | 64.25 |
| Check | 2/22/2011 | 2790 | Travelers Remittance Center | office insurance (home) | | 308.84 |
| | | | Travelers Remittance Center | office insurance (home) | 308.84 | |
| | | | | | 308.84 | 308.84 |
| Check | 2/22/2011 | | Price Chopper | | | 111.45 |
| | | | Price Chopper | groceries | 111.45 | |
| | | | | | 111.45 | 111.45 |
| Check | 2/23/2011 | | L.A. Superior Court | legal expense | | 7.71 |
| | | | L.A. Superior Court | legal expense | 7.71 | |
| | | | | | 7.71 | 7.71 |
| Deposit | 2/25/2011 | | Auto Advance from Cas Reserve | Deposit | 439.51 | |
| | | | Auto Advance from Cas Reserve | Deposit | | 439.51 |
| | | | | | 439.51 | 439.51 |
| Check | 2/25/2011 | | STEWARTS | fuel | | 20.08 |
| | | | STEWARTS | fuel | 20.08 | |
| | | | | | 20.08 | 20.08 |
| Deposit | 2/28/2011 | | | Deposit | 0.29 | |
| | | | | interest | | 0.29 |
| | | | | | 0.29 | 0.29 |
| Check | 2/28/2011 | Debit | Capital News | article | | 2.00 |
| | | | Capital News | article | 2.00 | |
| | | | | | 2.00 | 2.00 |
| Check | 2/28/2011 | Debit | ATM Withdrawal | | | 14.70 |
| | | | ATM Withdrawal | | 14.70 | |
| | | | | | 14.70 | 14.70 |

*handwritten note next to 2/22/2011 Travelers row:* NOT Check (circling 308.84)

# Barbara J. Bouchey
## Journal
### February 2011

| Type | Date | Num | Name | Memo | Debit | Credit |
|------|------|-----|------|------|-------|--------|
| Check | 2/28/2011 | Debit | Price Chopper | | | 66.85 |
| | | | Price Chopper | groceries | 66.85 | |
| | | | | | 66.85 | 66.85 |
| Check | 2/28/2011 | Debit | L.A. Superior Court | legal expense | | 7.50 |
| | | | L.A. Superior Court | legal expense | 7.50 | |
| | | | | | 7.50 | 7.50 |
| Check | 2/28/2011 | | ATM Withdrawal | | | 200.00 |
| | | | ATM Withdrawal | | 200.00 | |
| | | | | | 200.00 | 200.00 |
| Check | 2/28/2011 | | Amtrak | office expense | | 103.00 |
| | | | Amtrak | office expense | 103.00 | |
| | | | | | 103.00 | 103.00 |
| Check | 2/28/2011 | | ATM Withdrawal | | | 56.38 |
| | | | ATM Withdrawal | | 56.38 | |
| | | | | | 56.38 | 56.38 |
| Check | 2/28/2011 | | Chianti Ristorante | | | 50.80 |
| | | | Chianti Ristorante | meal | 50.80 | |
| | | | | | 50.80 | 50.80 |
| Check | 2/28/2011 | | ATM Withdrawal | | | 56.31 |
| | | | ATM Withdrawal | | 56.31 | |
| | | | | | 56.31 | 56.31 |
| Check | 2/28/2011 | | Bristol Parking | nyc parking | | 23.00 |
| | | | Bristol Parking | nyc parking | 23.00 | |
| | | | | | 23.00 | 23.00 |
| TOTAL | | | | | 8,841.63 | 8,841.63 |

-4819.08 - Dep
4022.55
-306.84 - Not Clear
3715.71
+551.20 - prev ck
$4266.91



P.O. Box 93885
Cleveland, OH 44101–5885

**Key Private Bank**
**Statement**
February 28, 2011

31      K5590 EM
BARBARA J BOUCHEY
16 SILO DR
WATERFORD NY 12188–1248

# Consolidated Account Snapshot

|  | Value on 1/31 | Value on 2/28 | Change in value |
|---|---|---|---|
| Checking & Savings | $844.21 | $1,396.38 | $552.17 |
| Investments & Trust | 0.00 | 0.00 | 0.00 |
| Retirement | 0.00 | 0.00 | 0.00 |
| Total Assets | $844.21 | $1,396.38 | $552.17 |
| Total Loans & Credit Balance | $29,174.05 | $28,912.15 | -$261.90 |

See Summary of Accounts on page 2 for more information.

# How To Contact Us

**YOUR ADVISOR**

LASHOMBE,LEE R,  (518) 612-6010,   LEE_R_LASHOMBE@KEYBANK.COM

**YOUR LOCAL OFFICE**
1703 ROUTE 9
CLIFTON PARK, NY 12065

**CLIENT SERVICES**
Toll-Free
1-877-634-2968

**VIEW YOUR ACCOUNT**
www.key.com



 ## Summary of Accounts

**Key Private Bank Statement**
February 1 - February 28, 2011

## Asset Accounts

| Checking and Savings | Account number | Last statement value | Total Account Value on 2/28 | Income this period | Income year-to-date | Details on page |
|---|---|---|---|---|---|---|
| Sweep Checking Account | 325900027997 | $844.21 | $1,396.38 | $0.29 | $0.53 | 4 |
| **TOTAL ASSETS** | | **$844.21** | **$1,396.38** | **$0.29** | **$0.53** | |

## Loans and Credit

| | Balance owed on prior statement | Balance owed on 2/28 | Available credit | Interest paid this period* | Escrow paid this period | Interest paid year-to-date | Details on page |
|---|---|---|---|---|---|---|---|
| Cash Reserve Credit | $29,174.05 | $28,912.15 | $1,087.85 | $0.00 | | $375.76 | 8 |

## Current News

**Important Information regarding your Account.**

Based on a recent FDIC regulation, banks are now required to provide a disclosure to certain sweep customers of the status of their funds invested in the sweep investment in the event of a bank failure. Please be aware that the funds in your account that are swept to and invested in a money market mutual fund are not deposits, and to the extent the funds reside in the money market mutual fund, you will receive payment for the value of your assets in the money market mutual fund in the event of a bank failure. In addition, to the extent the funds are swept to and reside in a deposit account, the funds are deposits and insured up to the maximum applicable insurance limit.

**Please read and retain this information with all of your Account Agreements and Disclosures.**





 # Sweep Checking Account

**Key Private Bank Statement**
BARBARA J BOUCHEY
Account number: 325900027997
February 1 - February 28, 2011

## Account Summary

Account No. 325900027997

Account offered by KEYBANK NATIONAL ASSOCIATION

Account held by
BARBARA J BOUCHEY

| | |
|---|---|
| Balance on 1/31 | $844.21 |
| Deposits and other additions | 4,819.08 |
| Checks paid | 967.84 |
| Debit card/ATM withdrawals | 2,745.21 |
| Other withdrawals | 553.86 |
| Balance on 2/28 | $1,396.38 |
| Number of days this period | 28 |

*$ 4246.91*

*Please see the end of this statement for important legal information about this account.*

## How To Contact Us

**Please send inquiries to:**
P.O. Box 93885
Cleveland, OH 44101-5885, or

**Call Key Private Bank at:**
1-877-634-2968

## Sweep Investments Summary

| FDIC Insured Deposits Description | Market value on 1/31 | Market value on 2/28 | Interest this period | Interest this year | Allocation sweeps in (%) | Annual % yield earned |
|---|---|---|---|---|---|---|
| Sweep Checking Account | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0.00 |
| Investment Account (FDIC) | 844.21 | 1,396.38 | 0.29 | 0.53 | 100 | 0.24 |
| **Total FDIC insured deposits** | **$844.21** | **$1,396.38** | **$0.29** | **$0.53** | | |
| **Total Account** | **$844.21** | **$1,396.38** | **$0.29** | **$0.53** | **100%** | |

## Activity Detail

### Deposits and Other Additions

| Date | Description | Amount |
|---|---|---|
| 2/3 | DIRECT DEPOSIT, BARBARA J BOUCHEPAYROLL | $1,885.80 |
| 2/17 | DIRECT DEPOSIT, BARBARA J BOUCHEPAYROLL | 1,885.80 |
| 2/17 | DEPOSIT  BRANCH 0559 NEW YORK | 1,047.19 |
| 2/28 | INTEREST PAYMENT | 0.29 |
| **Total Deposits and Other Additions** | | **$4,819.08** |







**Key Private Bank**
**Statement**
BARBARA J BOUCHEY
Account number: 325900027997
February 1 - February 28, 2011

## Activity Detail (continued)

### Checks Paid

| Number | Date written | Date paid | Expense Category | Payee | Amount |
|---|---|---|---|---|---|
| 2782 | 1/18 | 2/2 | | CLIFTON PARK CHIMNEY MAINT | |
| 2784* | 1/24 | 2/3 | | US TRUSTEE | $64.20 |
| 2785 | 1/26 | 2/2 | | KNOX WOODS HOMEOWNER'S ASSOC | 325.00 |
| 2786 | 2/1 | 2/11 | | COUNTY WASTE | 162.00 |
| 2787 | 2/7 | 2/15 | | TRAVELERS REMITTANCE CTR | 31.47 |
| 2788 | 2/14 | 2/23 | | DRYDEN MUTUAL INS CO | 153.42 |

**Total Checks Paid**    231.75

*Break in check number sequence.    **$967.84**

### Debit Card/ATM Withdrawals

| Date | Description | Amount |
|---|---|---|
| 2/1 | BANFIELD 0739      LATHAM    NY | |
| 2/2 | PACER800-676-6856IR    800-676-6856 TX | $55.95 |
| 2/3 | POS    MAC WaJ-Mart Super    HALFMOON  NY | 280.84 |
| 2/3 | MOORFIELDS GREEN GROCE    CLIFTON PARK NY | 75.66 |
| 2/7 | ANGELO'S 677 PRIME    ALBANY    NY | 40.95 |
| 2/7 | BLOCKBUSTER INC#36858    518-220-9864 NY | 80.00 |
| 2/7 | ATM    MAC 301 LARK ST.    Albany    NY | 9.58 |
| 2/7 | POS    MAC THE FRESH MARK    LATHAM    NY | 203.00 |
| 2/8 | POS    MAC PRICE CHOPPER    LATHAM    NY | 69.29 |
| 2/8 | POS    MAC BEST BUY #428    ALBANY    NY | 23.28 |
| 2/8 | POS    MAC VICTORIA'S SEC    ALBANY    NY | 90.66 |
| 2/8 | LIVEOFFICE    TORRANCE    CA | 86.40 |
| 2/9 | MATTHEW'S HALLMARK #2    ALBANY    NY | 49.00 |
| 2/9 | FEDEX OFFICE #5808    ALBANY    NY | 17.97 |
| 2/9 | LY NAIL    ALBANY    NY | 48.61 |
| 2/9 | POS    MAC UPSTATE PETRO    HANNACRD  NY | 46.00 |
| 2/9 | JUSTINS    QPS ALBANY    NY | 72.70 |
| 2/9 | GALLERIA WIRELESS QPS  ALBANY    NY | 24.24 |
| 2/10 | HOYT CROSSGATES MALL 1  ALBANY    NY | 16.20 |
| 2/10 | STEWARTS SHOP 112    CLIFTON PARK NY | 10.75 |
| 2/11 | PF CHANGS #9815    ALBANY    NY | 62.73 |
| 2/14 | STEWARTS SHOP 385 QPS  WATERFORD  NY | 35.05 |
| | BROWN DERBY    ALBANY    NY | 16.62 |
| | | 32.80 |





**Key Private Bank Statement**
BARBARA J BOUCHEY
Account number: 325900027997
February 1 - February 28, 2011

## Activity Detail (continued)

### Debit Card/ATM Withdrawals

| Date | Description | Amount |
|------|-------------|--------|
| 2/14 | L A SUPERIOR COURT    213-8930364  CA | 7.50 |
| 2/14 | EZ PASS PREPAID TOLL    800-333-8655 NY | 25.00 |
| 2/14 | ANGELO'S 677 PRIME    ALBANY    NY | 248.12 |
| 2/14 | POS    MAC PRICE CHOPPER    CLIFTON PK NY | 88.26 |
| 2/16 | POS    MAC HANNAFORD #836    CLIFTON PA NY | 10.21 |
| 2/17 | HALFMOON CLEANERS  QPS  CLIFTON PARK NY | 7.00 |
| 2/18 | POS    MAC Wal-Mart Super    HALFMOON  NY | 11.51 |
| 2/22 | CENTRAL STEAK    ALBANY    NY | 42.70 |
| 2/22 | STEWARTS SHOP 112    CLIFTON PARK NY | 72.78 |
| 2/22 | POS    MAC PRICE CHOPPER    CLIFTON PK NY | 111.45 |
| 2/23 | THE BIRDIE BOUTIQUE    09196448500  NC | 64.25 |
| 2/25 | L A SUPERIOR COURT    213-8930364  CA | 7.71 |
| 2/28 | STEWARTS SHOP 305  QPS  CLIFTON PARK NY | 20.06 |
| 2/28 | ATM    KEY 1703 ROUTE 9    CLIFTON PA NY | 200.00 |
| 2/28 | AMTRAK .COM    08008727245 DC | 103.00 |
| 2/28 | POS    MAC UPSTATE PETRO    MALDEN O  NY | 56.38 |
| 2/28 | POS    MAC UPSTATE PETRO    HANNACRO  NY | 56.31 |
| 2/28 | CHIANTI IL RISTORANTE    SARATOGA SPRINY | 50.80 |
| 2/28 | BRISTOL GARAGE    QPS  NEW YORK    NY | 23.00 |
| 2/28 | L A SUPERIOR COURT    213-8930364  CA | 7.50 |
| 2/28 | POS    MAC PRICE CHOPPER    CLIFTON PK NY | 66.85 |
| 2/28 | 54TH STREET FINANCI    BROOKLYN    NY | 14.70 |
| 2/28 | PAYPAL *CAPITALNEWS    4029357733  CA | 2.00 |
| **Total Debit Card/ATM Withdrawals** | | **$2,745.21** |

### Other Withdrawals

| Date | Description | Charge | Amount |
|------|-------------|--------|--------|
| 2/16 | DIRECT WITHDRAWAL, TIME WARNER    CABLE BILL | | $114.35 |
| 2/25 | AUTOMATIC PAYMENT TO CASH RESERVE CREDIT | | 439.51 |
| **Total Other Withdrawals** | | | **$553.86** |







**Key Private Bank**
**Statement**

BARBARA J BOUCHEY
Account number: 325900027997

February 1 - February 28, 2011

## Activity Detail (continued)

| Sweep Activity | Description | Amount |
|---|---|---|
| | Total sweeps into Investment Account (FDIC) | $4,322.97 |
| | Total sweeps out of Investment Account (FDIC) | $3,771.09 |

Sweep activity reflects purchases and sales of funds made to cover activity in your Sweep Checking Account. They are shown here as a confirmation of activity. These transactions are not needed to balance your checkbook.

