B6B (Official Form 6B) (12/07)

**Amended**

In re **Barbara J. Bouchey**, Debtor

Case No. **10-12207** (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. *Added* | | **Living Room Furniture:** (Couch, coffee table, console, lamps, rug, bookcase, armchairs, ottoman, end-tables) **Master Bedroom Furniture:** (Bed, corner curios, bench, lamps) **Guest Bedrooms** (Bed, armoire, nightstand, lamps) Queen Headboard frame Daybed **Kitchen/Dining Furniture** (Table, chairs, butcher block, bookcase) Dining Room Booth Kitchen dishes, glassware, pots, etc. Curtains Lamps Pictures, decorative items Outdoor furniture, pots, decorative items Living/Kitchen/Theater Lined Drapes Generator Miele Washer/Dryer & Stands 3 Carved Mirrors Wood/Art Wall Hanging 4 Cane Upholstered Barstools Hunter Douglas Woven Blinds Theater Equipment Misc. items | | 4,500.00 2,000.00 1,000.00 400.00 400.00 1,200.00 500.00 1,200.00 200.00 300.00 500.00 1,000.00 500.00 2,200.00 500.00 2,175.00 1,000.00 550.00 2,220.00 2,750.00 8,900.00 2,000.00 |

REC'D & FILED 2011 MAR 30 AM 11:35 CLERK OF THE BANKRUPTCY COURT N.D. OF NY ALBANY

B6B (Official Form 6B) (12/07) -- Cont.

**AMENDED**

In re  **Barbara J. Bouchey**                                                    Case No. **10-12207**
　　　　　　　　Debtor                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Antiques Listed Below are at Primary Residence** <br> Coffee Table <br> Asian Cabinet <br> Flower Cabinet <br> Console Table <br> Chinese Screen <br> Indian Bookcase <br> Nightstand <br> Bedroom Armoire <br> Ivory Statue 1 <br> Ivory Statue 2 <br> Ivory Statue 3 <br> Ivory Statue 4 <br> Wood Buddha <br> Wood Carving / Couple <br> Wood Carving/Wall Elephant <br> Wood Carving/Lady Stand <br> Wood Carving/Wall Lady <br> Painting 1 <br> Painting 2 <br> Wall Plaques <br> Door Panels | | 800.00 <br> 680.00 <br> 400.00 <br> 800.00 <br> 900.00 <br> 600.00 <br> 160.00 <br> 240.00 <br> 680.00 <br> 400.00 <br> 400.00 <br> 260.00 <br> 300.00 <br> 900.00 <br> 900.00 <br> 800.00 <br> 400.00 <br> 1,000.00 <br> 600.00 <br> 360.00 <br> 3,000.00 |

In re __Barbara J. Bouchey__ _____    Case No. __10-12207__

Debtor                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Painting 2<br>Primary Residence | | 600.00 |
| | | Wall Plaques<br>Primary Residence | | 360.00 |
| 6. Wearing apparel. | | Personal and Business Clothing | | 5,000.00 |
| 7. Furs and jewelry. | | Earrings with diamond clips<br>Topaz Ring<br>Topaz Ring 2<br>Garnet Ring<br>Diamond Ring<br>Diamond Necklace | | 400.00<br>400.00<br>250.00<br>250.00<br>800.00<br>400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Bouchey + Associates, Inc.<br>Barbara J. Bouchey Asset Management | | 35,000.00<br>250,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See 13 | | 0.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, OR COMMUNITY | DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | **Item #21 - Claims** | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Claim against Clare Bronfman | | Indeterminate |
| | | Claim against Sara Bronfman | | Indeterminate |
| | | Claim against Pamela Cafritz | | Indeterminate |
| | | Claim against Tracy Christopher – Pers. Loan | | 4,000 |
| | | Claim against Brendan Flanigan – Pers. Loan | | 16,000 |
| | | Claim against Rebecca Freeman | | Indeterminate |
| | | Claim against Barbara Jeske – Pers. Loan | | 6,000 |
| | | Claim against Dawn Morrison – Pers. Loan | | 12,300 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | Claim against NXIVM Corporation – Commissions | | 150,000 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | Claim against Keith Raniere and Nancy Salzman | | (1,650,000) ※ All |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | Claim against Jon Samulski – Pers. Loan | | 1,000 |
| | | Claim against Colleen Steigerwald – Pers. Loan | | 2,500 |
| | | Claim against Karen Unterreiner | | Indeterminate |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Lexus   high miles 65,000 | | 22,500 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re __Barbara J. Bouchey__     Case No. __10-12207__
         Debtor                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

__0__ continuation sheets attached     Total  $2,205,439

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District Of New York

In re Barbara J. Bouchey,
Debtor

Case No. 10-12207

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | no | 0 | $ 985,000.00 | | |
| B - Personal Property | yes | 5 | $ 2,203,439.00 | | |
| C - Property Claimed as Exempt | no | 0 | | | |
| D - Creditors Holding Secured Claims | no | 0 | | $ 985,574.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | no | 0 | | $ 10,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | no | 0 | | $ 1,495,800.00 | |
| G - Executory Contracts and Unexpired Leases | no | 0 | | | |
| H - Codebtors | no | 0 | | | |
| I - Current Income of Individual Debtor(s) | no | 0 | | | $ 10,000.00 |
| J - Current Expenditures of Individual Debtors(s) | no | | | | $ 9,348.00 |
| TOTAL | | 5 | $ 3,188,439.00 | $ 2,491,374.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
Northern District Of New York

In re Barbara J. Bouchey, Debtor

Case No. 10-12207

Chapter 11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ na |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ na |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ na |
| Student Loan Obligations (from Schedule F) | $ na |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ na |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ na |
| TOTAL | $ na |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ na |
| Average Expenses (from Schedule J, Line 18) | $ na |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ na |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ na | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ na |
| 4. Total from Schedule F | | $ na |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ na |



## UNITED STATES BANKRUPTCY COURT
### Northern District of New York

In re  Barbara J. Bouchey, 
       Debtor

Case No. 10-12207

Chapter 11

~~VERIFICATION OF LIST OF CREDITORS~~ *BJB*

*Unsworn Declaration* BJB

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 5 pages, is true, correct and complete to the best of my knowledge.

This amended schedule is being filed to correct errors listed and add new assets that include:
1. My previous attorney filled out the form and failed to inform me, or list, my everyday household furnishings in addition to the antique household furnishings asked for and listed originally amounting to $35,995.
2. Placed a dollar amount on a claim for Keith Raniere and Nancy Salzman previously listed as "indeterminate" to show $1,650,000, although it may or may not be collected.
3. Add an asset of antique door panels the purchaser of my home is removing of $3,000.

Date: __March 30, 2011_____   Signature of Debtor  __BARBARA J. BOUCHEY__