UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re:

BARBARA J. BOUCHEY,

Chapter 11
Case No. 10-12207

Debtor(s).
-----------------------------------------------------------
Hon. Robert E. Littlefield, Jr., Chief United States Bankruptcy Judge

## ORDER TO SHOW CAUSE

Barbara J. Bouchey (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on June 11, 2010. On July 1, 2010, the Debtor filed Schedule B to her petition (Personal Property). (Doc. No. 26.) In response to item 4 ("[h]ousehold goods and furnishings, including audio, video, and computer equipment"), the Debtor listed the following items and values: coffee table ($800), Asian cabinet ($680), flower cabinet ($400), console table ($800), Chinese screen ($900), Indian bookcase ($600), night stand ($160), bedroom armoire ($240), ivory statute 1 ($680), ivory statute 2 ($400), ivory statute 3 ($400), ivory statute 4 ($260), wood Buddha ($300), wood carving/couple ($900), wood carving/wall elephant ($900), wood carving/lady stand ($800), wood carving/wall lady ($400), painting 1 ($1,000), painting 2 ($600), wall plaques ($360). On November 12, 2010, Clare W. Bronfman and Sara R. Bronfman commenced an adversary proceeding seeking, *inter alia*, a denial of the Debtor's discharge pursuant to 11 U.S.C. § 727(a)(4) alleging the Debtor filed a false oath based upon the assertions that the Debtor grossly understated the value of certain personal property set forth on Schedule B of her petition and failed to list substantial valuable furnishings. (Adv. No. 10-90156, Doc. No. 1.) Debtor filed an Amended Schedule B on November 28, 2010 to correct a corporate name and list some personal loans the Debtor had made. (Doc. No. 194.) No additional items were listed under item 4. On March 28, 2011, the Debtor filed an Application for an Order (A) Authorizing

Sale of Debtor's Real Property Furnishings Located in Saratoga County, New York, (B) Authorizing Payment to the Debtor in Possession Account, (C) Scheduling the Hearing and Fixing Notice and Approving the Form of Order Confirming Sale. (Doc. No. 278).) The Application provides for a sale price of $25,000. (*Id.*) On March 30, 2011, the Debtor filed another Amended Schedule B. (Doc. No. 287.) On the second Amended Schedule B, the Debtor clearly delineates that the following items aggregating over $38,000 were being "[a]dded" under item 4: living room furniture ($4,500), master bedroom furniture ($2,000), guest bedrooms ($1,800), kitchen/dining furniture ($3,100), curtains ($300), lamps ($500), pictures, decorative items ($1,000), outdoor furniture, pots, decorative items ($500), drapes ($2,200), generator ($500), Miele washer/dryer and stands ($2,175), 3 carved mirrors ($1,000), wood/art wall hanging ($550), 4 cane upholstered bar stools ($2,220), Hunter Douglas blinds ($2,750), theater equipment ($8,900), miscellaneous items ($2,000), and door panels ($3,000).

**NOW**, upon due consideration and good cause appearing therefore, it is hereby

**ORDERED**, that the Debtor appear before this court on **April 13, 2011, at 11:00 a.m.** and show cause as to why this case should not be dismissed with prejudice or converted pursuant to 11 U.S.C. §§ 1112(b) and 105 based upon the Debtor's failure to properly disclose assets of the estate.

DATED: ~~March~~ April 1, 2011

----------------------------
Hon. Robert E. Littlefield, Jr.
Chief United States Bankruptcy Judge

RECEIVED & FILED
APR 01 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY