UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    BARBARA J. BOUCHEY,

                Debtor.

Case No. 10-12207-REL

Chapter 11

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 ) SS.:
COUNTY OF ERIE         )

    I, Melissa A. Brennan, being duly sworn, depose and say:

    1.    I am employed by Damon Morey LLP.  I am not a party to the action, am over 18 years of age and reside in Williamsville, New York.

    2.    On April 12, 2011, I electronically filed the NOTICE OF HEARING and CROSS-MOTION FOR SANCTIONS with the Clerk of the Bankruptcy Court using its CM/ECF system.

    3.    On April 12, 2011, the foregoing was served via Electronic Court Filing Notification on the following CM/ECF participants:  William F. Berglund (wberglund@oalaw.com, atalar@oalaw.com); Peter L. Burgess (pburgess@bapclaw.com, dnoble@bapclaw.com, ksalerno@bapclaw.com); David Cohen (cohenlawus@aol.com, cohenlawus@gmail.com, cargolawus@aol.com); Richard Croak (rcroak@richardcroak.com, rcroak@hotmail.com); Tracy Hope Davis (USTPRegion02.AL.ECF@USDOJ.GOV); James E.D. Doern (jim@rodriguezdoern.com, deb@rodriguezdoern.com); Daniel J. Hogan (dhogan@mfcllp.com, tsweetser@mfcllp.com); Clemente J. Parente (cparente@craneparentelaw.com); Lisa M. Penpraze (lisa.penpraze@usdoj.gov); James P. Trainor (jamest@ctclawfirm.com, debbied@ctclawfirm.com;arlenel@ctclawfirm.com;joannar@ctclawfirm.com); Ehret A. Van

Horn (ehret-vanhorn@mbaum.com, bkincoming@mbaum.com) and Richard H. Weiskopf (rweiskopf@oalaw.com, elapi@oalaw.com).

4. On April 12, 2011, I caused true and correct copies of the foregoing to be served via the United States Postal Service First Class Mail and electronic mail on the following CM/ECF participants and non-participants:

| Barbara J. Bouchey<br>16 Silo Drive<br>Waterford, New York 12188<br>E-mail: bb@barbarabouchey.com | Kevin Purcell, Esq.<br>Office of the United States Trustee<br>74 Chapel Street, Suite 200<br>Albany, New York 12207<br>E-mail: Kevin.J.Purcell@usdoj.gov |
|---|---|

/s/ Melissa A. Brennan
Melissa A. Brennan

Sworn to and Subscribed before me
this 12th day of April, 2011

/s/ Lea A. Herald
Notary Public
LEA A. HERALD
Notary Public, State of New York
Qualified in Erie County
My Commission Expires March 26, 2015

#1570976