UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
In re

BARBARA J. BOUCHEY,

Chapter 11
Case No. 10-12207

Debtor(s).
---------------------------------------------------------

Hon. Robert E. Littlefield, Jr., Chief United States Bankruptcy Judge

**ORDER OF DISMISSAL**

On April 13, 2011 this court held a hearing on its Order to Appear and Show Cause Why this Case Should not be Dismissed with Prejudice or Converted pursuant to 11 U.S.C. §§ 1112(b) and 105 based upon the Debtor's failure to properly disclose assets of the estate. After due deliberation and for the reasons as stated on the record, it is hereby

ORDERED that the above captioned petition be and hereby is dismissed with prejudice; and it is further

ORDERED that the court shall retain jurisdiction to enforce its order entered June 17, 2010 (ECF No. 19) until the earlier of (1) May 31, 2011; or (2) the entry of an equivalent order from a court of competent jurisdiction.

IT IS SO ORDERED.

Dated:  April 15, 2011             /s/ Robert E. Littlefield, Jr.
        Albany, New York           ------------------------------------
                                   Hon. Robert E. Littlefield, Jr.
                                   Chief U.S. Bankruptcy Judge